BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

MANSEL OIL LIMITED,

        Plaintiff,

-against-

SWIFT AVIATION GROUP, INC.,

        Defendant.

---------------------------------------

08 Civ.

**Rule 7.1 Statement**

*[Stamp: JUDGE DANIELS  08 CV 1086]*
*[Stamp: FEB 01 2008  U.S.D.C. S.D.N.Y. CASHIERS]*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff MANSEL OIL LIMITED ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            February 1, 2008

                                  BLANK ROME LLP
                                  Attorneys for Plaintiff
                                  MANSEL OIL LIMITED

                                  By _____
                                  LeRoy Lambert (LL 3519)
                                  The Chrysler Building
                                  405 Lexington Avenue
                                  New York, NY  10174-0208
                                  Tel.:  (212) 885-5000

129053.00601/6611644v.1