John L. Gardiner
Julie Bédard
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MANSEL OIL LIMITED, *Plaintiff*, | : : : |
| v. | : **08 CIV. 1086 (GBD)** |
| | : **Electronically Filed** |
| SWIFT AVIATION GROUP, INC. *Defendant*. | : : : |

---

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a),**
**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Swift Aviation Group, Inc., by its counsel, Skadden, Arps, Slate, Meagher & Flom LLP, states that the Defendant does not have a parent corporation and no publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, NY
       March 17, 2008

                    Respectfully submitted,
                    SKADDEN, ARPS, SLATE
                    MEAGHER & FLOM LLP

By: _____
      John L. Gardiner
      John.Gardiner@skadden.com
      Julie Bédard
      Julie.Bedard@skadden.com

Four Times Square
New York, NY 10036
(212) 735-3000
Attorneys for Defendant