EDWARD C. RADZIK (ER-2473)
CAROLYN ELIZABETH BUNDY (CM-1464)
McDERMOTT & RADZIK, LLP
*Attorneys for Intervenor*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY  10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

MANSEL OIL LIMITED,

   Plaintiff,

 -  against -

SWIFT AVIATION GROUP, INC.,

   Defendants.

------------------------------------------------------X

ECF CASE

08 Civ. 1086 (GBD)

**NOTICE OF APPEARANCE**

Intervenor, Swift Air, LLC, by its attorneys, McDERMOTT & RADZIK, LLP, hereby enters a restricted appearance in this matter pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order vacating Plaintiff's attachment of funds belonging to Swift Air, LLC, a non-party to this action and against which no claims have been made by Plaintiff.

Dated: New York, New York
   March 24, 2008

McDERMOTT & RADZIK, LLP
*Attorney for Intervenor, Swift Air, LLC*

BY: /s/ Edward C. Radzik
EDWARD C. RADZIK (ER-2473)
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 376-6400
(File: GM-08-3617 ECR)

TO:  BLANK ROME LLP
*Attorneys for Plaintiff*
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
**Attention**:    LeRoy Lambert, Esq.

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM, LLP
*Attorneys for Defendant*
Four Times Square
New York, NY 10036-6522
**Attention**:    John L. Gardiner, Esq.
            Julie Bédard, Esq.