EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Intervenor*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | |
|---|---|
| MANSEL OIL LIMITED, | **ECF CASE** |
| Plaintiff, | 08 Civ. 1086 (GBD) |
| - against - | **NOTICE OF MOTION** |
| SWIFT AVIATION GROUP, INC., | |
| Defendants. | |

------------------------------------------------------X

S I R S:

**PLEASE TAKE NOTICE** that pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule E.1 and upon the accompanying Affidavit of J. Kevin Burdette, and Memorandum of Law on behalf of Swift Air, LLC ("Swift Air") in Support of Motion to Vacate Attachment, the undersigned will move before the Honorable George B. Daniels, United States District Judge, in Courtroom 15D at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on Thursday, March 27, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order Vacating the Plaintiff's Attachment of Swift Air's funds in the possession of intermediary bank, Bank of America, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       March 24, 2008

                                Yours, etc.

                                McDERMOTT & RADZIK, LLP
                                *Attorneys for Intervenor, Swift Air, LLC*

                      BY: _____
                                Edward C. Radzik (ER-2471)
                                Wall Street Plaza
                                88 Pine Street – 21st Floor
                                New York, NY  10005-1801
                                (212) 376-6400

TO:    BLANK ROME LLP
        *Attorneys for Plaintiff*
        The Chrysler Building
        405 Lexington Avenue
        New York, NY  10174-0208
        **Attention**:    LeRoy Lambert, Esq.

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM, LLP
        *Attorneys for Defendant*
        Four Times Square
        New York, NY  10036-6522
        **Attention**:    John L. Gardiner, Esq.
                          Julie Bédard, Esq.