# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

Patricia A. Frattini, being duly sworn, deposes and says:

1. I am employed by the firm of McDERMOTT & RADZIK, LLP, attorneys for the Plaintiff. I am not a party to this action, am over 18 years of age.

2. On March 24, 2008, I served the annexed **Memorandum of Law in Support of Swift Air, LLC's Motion to Vacation Plaintiff's Attachment, Notice of Motion, Notice of Appearance and Affidavit of J. Kevin Burdette** upon the following:

> BLANK ROME LLP
> *Attorneys for Plaintiff*
> The Chrysler Building
> 405 Lexington Avenue
> New York, NY 10174-0208
> **Attention:** LeRoy Lambert, Esq.
>
> SKADDEN, ARPS, SLATE, MEAGHER
>   & FLOM, LLP
> *Attorneys for Defendant*
> Four Times Square
> New York, NY 10036-6522
> **Attention:** John L. Gardiner, Esq.
>              Julie Bédard, Esq.

at the addresses designated by said attorneys for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the

exclusive care and custody of the United States Postal Services within the State of New York.

*Patricia A. Frattini*
Patricia A. Frattini

Sworn to before me this
24th day of March, 2008

_____
Notary Public

JOHN F. RYAN
Notary Public, State of New York
No. 02RY6055958
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 12, 2011