# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MANSEL OIL LIMITED,

Plaintiff,

V.

SWIFT AVIATION GROUP, INC.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 1086**

**JUDGE DANIELS**

TO: (Name and address of defendant)

Swift Aviation Group, Inc.
2710 East Old Tower Road
Phoenix, AZ 85034

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LeRoy Lambert
Blank Rome LLP
The Chrysler Building
405 Lexington Ave
New York, NY 10174-0208
(212) 885-5000

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE   FEB 01 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

**DATE**: 26 February 2008

**NAME OF SERVER (PRINT)**: Michael K. Lee

**TITLE**:

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service by leaving copies with Gerald Ehrlich, who is authorized to accept documents as the Statutory Agent for Swift Aviation Group Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $26.00 | $34.00 | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 26 February 2008 @ 3:10 PM

Signature of Server

Address of Server: 1928 E. Highland Ste F104-623, Phoenix AZ 85016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ARIZONA ATTORNEY SERVICES, INC.
P.O. Box 1610
Queen Creek, AZ 85242-1610
602-604-8000, 602-279-3214 FAX
MICHAEL K. LEE

# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| DECLARATION OF SERVICE BY AN OFFICER OF MARICOPA COUNTY SUPERIOR COURT | CIVIL CASE NUMBER 08 CV 1086 0 |
|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| MANSEL OIL LIMITED | SWIFT AVIATION GROUP, INC. |
| REPRESENTED BY: LEROY LAMBERT | JOHN AND JANE DOES I-X |

| DATE OF SERVICE | DATE OF PRETRIAL CONFERENCE |
|---|---|
| 2/26/2008 at 3:10:00 PM | 5/1/2008 at 9:30:00 AM |

I, MICHAEL K. LEE, BEING QUALIFIED UNDER ARCP 4(e) TO SERVE PROCESS WITHIN THE STATE OF ARIZONA AND HAVING BEEN SO APPOINTED BY MARICOPA COUNTY SUPERIOR COURT, DID RECEIVE ON 2/25/2008 FROM LEROY LAMBERT, ATTORNEY FOR THE PLAINTIFF, THE FOLLOWING DOCUMENTS:

**SUMMONS AND COMPLAINT; NOTICE OF INITIAL PRETRIAL CONFERENCE; INDIVIDUAL RULES OF PRACTICE OF JUDGE DANIELS WITH INSTRUCTIONS FOR ELECTRONIC CASE FILING**

I PERSONALLY SERVED THE ABOVE DOCUMENTS AT THE USUAL PLACE OF BUSINESS AS FOLLOWS:

**SWIFT AVIATION GROUP, INC. BY LEAVING COPIES WITH GERALD EHRLICH WHO IS AUTHORIZED TO ACCEPT DOCUMENTS AS THE STATUTORY AGENT FOR SWIFT AVIATION GROUP, INC.**

THE LOCATION OF SERVICE WAS:    4001 N. 3RD ST. #400, PHOENIX, AZ 85012

PHYSICAL DESCRIPTION:

| RACE | SEX | AGE / DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|
| | | | | | | |

**Fees For Service**

| 1 | SERVICE FEE: | $24.00 |
|---|---|---|
| < 8 | MILEAGE FEE: | $26.00 |
| | ADVANCED FEES: | $0.00 |
| | OTHER FEES: | $0.00 |
| | MISCELLANEOUS FEES: | $0.00 |
| | POSTAGE / HANDLING: | $0.00 |
| | DOCUMENT PREP FEE: | $10.00 |
| **TOTAL FEES:** | | **$60.00** |

2 - 5778 - 450591

DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND WAS EXECUTED ON THIS DATE.

February 27, 2008

*[signature]*

MICHAEL K. LEE, DECLARANT