BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANSEL OIL LIMITED,

                Plaintiff,

      -against-

SWIFT AVIATION GROUP, INC.,

             Defendant.

08 Civ. 1086 (GBD)

**AFFIDAVIT OF LEROY LAMBERT
IN OPPOSITION TO MOTION TO
VACATE  ATTACHMENT**

---

STATE OF NEW YORK   )
                   )   ss:
COUNTY OF NEW YORK  )

     LeRoy Lambert, being duly sworn, deposes and states:

     1.    I am a partner in the law firm of Blank Rome LLP and duly admitted to practice before this Court.  I represent Plaintiff Mansel Ltd. Oil ("Mansel").  I make this affidavit in opposition to the motion of Intervenor Swift Air, LLC ("Swift Air") based on my personal knowledge, documents supplied to me by Mansel, and information obtained from public records.

     2.    On February 5, 2008, pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims, Mansel sought and obtained from this Court an Order Directing the Clerk to Issue Process of Maritime Attachment and Garnishment against property of Swift Aviation in this District ("Attachment Order").  Exhibit 1.

     3.    I attach as Exhibit 2 a copy of an email message I received from Garnishee Bank of America N.A. ("BANA") on February 15, 2008.  The email states that BANA had restrained

an electronic funds transfer ("EFT") in the amount of $118,136 ("the Feb. 15 EFT") pursuant to the Attachment Order. The email stated that the beneficiary of this EFT was "Swift Aviation Group."

4.     Pursuant to Local Rule B.2, I caused notice of the attachment to be sent on February 19, 2007, to Defendant Swift Aviation by fax and by email. Exhibit 3 (fax) and Exhibit 4 (email to Jerry Moyes and Tracy Loe at "Swifttrans"). I emailed Mr. Moyes at the suggestion of a broker involved in the charter parties. Exhibit 5.

5.     On February 27, 2008, I received a phone call from Ms. Heather Forgey. Ms. Forgey stated she was an attorney at the law firm of Chamblee & Ryan in Dallas, Texas, and that she represented Swift Aviation. She asked if I would send her the Complaint and Attachment Order as a courtesy. I promptly did so. Exhibit 6 (without attachments). Ms. Forgey confirmed that the person in charge at Swift Aviation was a Mr. Moyes. On February 29, Ms. Forgey called me again and requested that I send her the charter parties, which I promptly did. Exhibit 7.

6.     We served the Summons, Complaint, and the Court's Scheduling Order on Swift Aviation in Arizona on February 26, 2008. Exhibit 8 (Docket #13 ). On February 29, I also sent Ms. Forgey a copy of the Court's scheduling order. Exhibit 9.

7.     On March 17, 2008, I received notice electronically that Skadden Arps had appeared and filed an answer on behalf of Swift Aviation (Docket #7). I spoke to Ms. Bédard the next day and sent her an email with an image of the Court's Scheduling Order. Exhibit 10 (without attachments).

8.     At no time prior to March 24 did Ms. Forgey or Ms. Bédard inform me that the Feb. 15 EFT was not intended for Swift Aviation or inquire as to the basis upon which the EFT had been restrained.

9.      On Monday morning, March 24, 2008, thirty-seven days after the restraint of the Feb. 15 EFT, I received notice electronically that Swift Air had intervened and sought to vacate the attachment of the Feb. 15 EFT on the basis that it was property of Swift Air, not Swift Aviation.

10.      Upon reviewing the motion papers, I promptly sent an email to Ms. Bédard and to Mr. Radzik (attorney for Swift Air) by which I forwarded to them BANA's email of February 15, 2008, advising me that Swift Aviation was the named beneficiary of the February 15 EFT. I asked them if they disputed that Swift Aviation was the named beneficiary and whether they agreed to produce deponents for depositions. Exhibit 11.

11.      Late Monday afternoon, I received a letter from Ms. Forgey (Exhibit 12) in which she stated that she represented Swift Air, not, as she previously advised, Swift Aviation, and that Mansel "attached a Bank of America wire transfer intended for a different entity and stranger to this case, Swift Air, LLC." Apparently, she sent a similarly-worded letter to BANA. BANA's attorney responded that the originator's instructions named Swift Aviation as the beneficiary. Exhibit 12A.

12.      Both Mr. Radzik and Ms. Bédard responded to my message of March 24 (Exhibit 11 above). Mr. Radzik declined to produce a witness for deposition, and Ms. Bédard simply repeated that the Feb. 15 EFT was to Swift Air. (Exhibits 13 and 14, respectively).

13.      The disputes ultimately at issue here arise under two maritime charter parties dated July 11 and August 23, 2007, respectively. Copies are included as part of Exhibit 7 (pages numbered in the bottom right-hand corner 1-16 for ease of reference). Originally, Mansel contracted with "Swift Transportation, Inc." which I believe in fact is Swift Transportation Co., Inc. ("Swift Transportation"). Until May 2007, Swift Transportation, a trucking company, was

publicly-traded on the NASDAQ. Based on filings with the SEC, it appears that its founder, Jerry Moyes, took it private in May 2007. Mr. Moyes remains a director of Swift Transportation based on information from the Arizona Corporations Commission. Exhibit 15. Mansel and Swift Transportation subsequently agreed to substitute Swift Aviation as the charterer. See Exhibit 6, pages 8 and 15.

14.     Since BANA informed me in its email of Feb. 15 (Exhibit 2) that Swift Aviation was the beneficiary and Swift Air contended in its motion papers that the funds were destined to it, Swift Air, not Swift Aviation, I asked BANA on March 25 to provide the text of the remittance details for the Feb. 15 EFT in order to make sure that BANA had informed me correctly. BANA did so, and I attach a copy as Exhibit 16. Exhibit 16 confirms (page 4) that in fact the originator of the EFT named Swift Aviation, not Swift Air, as the beneficiary, the person who was to receive the funds transferred by the Feb. 15 EFT.

15.     I have examined the public records of the Arizona Corporations Commission, http://www.cc.state.az.us and found the information described below concerning "Swift" companies.

16.     Swift Aviation Group, Inc. was formed on February 24, 2004. Jerry Moyes is the President and Director, Vicki Moyes is the Secretary. Jeff Shumway is the "CFO/VP/Treasurer." Kevin Burdette is the Vice-President. Its registered agent is Gerald Ehrlich, an attorney in Phoenix. Exhibit 17 is a printout from the Arizona Corporations Commission website concerning Swift Aviation, and Exhibit 18 is the 2007 Annual Report of Swift Aviation (naming Kevin Burdette as Vice-President and Jerry Moyes as director).

17.     Swift Aviation Management, Inc. ("Swift Aviation Management") was formed on the same day, February 24, 2004. Jerry Moyes is the President and Director. Vicki Moyes is the

Secretary. Kevin Burdette is the Vice-President and Treasurer. Exhibit 19 is a printout from the Arizona Corporations Commission website concerning Swift Aviation Management and Exhibit 20 is the 2007 Annual Report of Swift Aviation Management (naming Kevin Burdette as VP/Treasurer and Jerry Moyes as Director).

18.     In support of its motion to vacate the attachment of the Feb. 15 EFT, Swift Air submitted an affidavit of J. Kevin Burdette sworn to on March 20, 2008. ("Burdette Aff.")  Mr. Burdette states that he is Vice-President of Swift Air (¶1), that Swift Air and Swift Aviation "operate independently of one another" (¶13), and that the Feb. 15 EFT is property of Swift Air, not Swift Aviation (¶19).

19.     Swift Air, LLC was formed on March 16, 2005. It is owned by Swift Aviation and Swift Aviation Management. In addition to being Swift Air's Vice-President, Kevin Burdette is its "organizer." Gerald Ehrlich is its registered agent. Burdette Aff., ¶13 and Ex. A.

20.     Exhibit B to the Burdette Affidavit is said to be an "Air Carrier Depository Escrow Agreement" between Swift Air and National City Bank (this escrow agreement is identified and described in ¶17 of Mr. Burdette's affidavit). The resolution that appears at the end of that Exhibit (and annexed separately here as Exhibit 21) is signed by Mr. Burdette as "VP Swift Aviation Group."

21.     I annex as Exhibits 22 and 23, respectively, arbitration demands dated March 26, 2008, directed to Swift Aviation in connection with the disputes on the merits which underlie this action.

Sworn to before me this 28th
day of March, 2008

_____
Notary Public

_____
LeRoy Lambert

KARL V. REDA
Notary Public, State of New York
No. 30 4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires   Nov · 30 2009

129053.00601/6626311v.1

5

# EXHIBIT 1

DAMIELS, J.

BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

ORIGINAL

U. S. DISTRICT COURT
FILED
FEB 05 2008
S. D. OF N. Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANSEL OIL LIMITED,

                          Plaintiff,

            -against-

SWIFT AVIATION GROUP, INC.,

                          Defendant.

08 Civ. 1086 (GBD)

**ORDER DIRECTING CLERK
TO ISSUE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

---

### EXPARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT



WHEREAS, on February 1, 2008, Plaintiff, Mansel Oil Limited., filed a Verified
Complaint herein for damages amounting to $~~$1,078,291.67~~ *8606285.92*, inclusive of interest, costs and

reasonable attorney's fees, and praying for issuance of Process of Maritime Attachment and

Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and

Maritime Claims of the Federal Rules and Civil Procedure; and,

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendant's property within the District of this Court; and,

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby,

**ORDERED,** that Process of Maritime Attachment and Garnishment shall issue to the garnishees named in Schedule A hereto, against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, including but not limited to electronic fund transfers originated by, payable to, or otherwise for the benefit of Defendant, whether to or from the garnishee banks or any other electronic fund transfers, in an amount of up to ~~$1,078,291.67~~ *$750,000* pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and, it is further,

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further,

**ORDERED,** that supplemental process specifying other or additional garnishees enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further,

**ORDERED,** that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or e-mail and, it is further,

**ORDERED,** that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day and, it is further,

**ORDERED,** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further,

**ORDERED,** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated: February 5, 2008

SO ORDERED:

George B. Daniels
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY

DEPUTY CLERK

## SCHEDULE A

1. ABN Amro Bank N.V.
2. American Express Bank Ltd.
3. Bank of America, N.A.
4. The Bank of New York
5. Citibank, N.A.
6. Bank of China
7. HSBC Bank USA
8. JP Morgan Chase Bank, N.A.
9. Standard Chartered Bank
10. Wachovia Bank, N.A. – New York
11. Wells Fargo Bank, National Association
12. BNP Paribas
13. Deutsche Bank

# EXHIBIT 2

900200.00001/6536029v.1

**Granito, Michele**

| | |
|---|---|
| **From:** | Swanson, Sarah L -Legal [sarah.l.swanson@bankofamerica.com] |
| **Sent:** | Friday, February 15, 2008 5:54 PM |
| **To:** | Lambert, LeRoy |
| **Cc:** | Swanson, Sarah L -Legal |
| **Subject:** | RE: LeRoy Lambert at Blank Rome |
| **Importance:** | High |
| **Sensitivity:** | Confidential |
| **Attachments:** | Swanson, Sarah L.vcf; Swift Navigation Group Inc..pdf |

RE: trn_217418.txt  TRN# 20080215-00217418  USD 118,136.00 COURT ORDER-SWIFT AVIATION GROUP

Dear Mr. Lambert,

Pursuant to our phone conversation, kindly note the above wire transaction that BANA is restraining for your firm per the attached WRIT.  Note the funds are for the beneficiary:

SWIFT AVIATION GROUP

2406 SOUTH 24TH ST.

PHOENIX AZ US 85034

Kindly provide a response email confirming you have notified your party defendant accordingly.

*Have a nice day,*

*Sarah*

Mail Code:  NC1-002-29-01
Phone:  704.386.9334
Fax:  704.719.8478

SPREAD THE SPIRIT! *Have you sent a Bank of America Spirit Celebration Card today?  It is easy to do, just click on the link below:*

*http://spirit.bankofamerica.com/*

*Nomination form can be found at: http://spirit.bankofamerica.com/discovery/legal/2004_Nom_form.doc*

**From:** Lambert, LeRoy [mailto:llambert@BlankRome.com]

3/25/2008

**Sent:** Friday, February 15, 2008 5:48 PM
**To:** Swanson, Sarah L -Legal
**Subject:** LeRoy Lambert at Blank Rome

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

**********************************************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended
recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this
and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or
any attachments is prohibited and may be unlawful.
**********************************************************************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you
or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal
Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230
governing standards of practice before the Internal Revenue Service. Any written statement contained
herein relating to any Federal tax transaction or matter may not be used by any person without the express
prior written permission in each instance of a partner of this firm to support the promotion or marketing of or
to recommend any Federal tax transaction(s) or matter(s) addressed herein.

**********************************************************************************

# EXHIBIT 3



**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:    (212) 885-5148
Fax:      (917) 332-3838
Email:    L.Lambert@BlankRome.com

February 19, 2008

**BY EMAIL and FAX 602-273-3773**

Swift Aviation Group, Inc.
Phoenix, AZ 85034

> Re:    Mansel Oil Limited v. Swift Aviation Group, Inc.
>         08 CV 1086
>         Our Ref.: 129053-00601

Dear Sirs:

We represent Mansel Oil Limited, ("Mansel") in the captioned action. On behalf of Mansel, we have filed a lawsuit against you, without prejudice to Mansel's right to London arbitration, seeking recovery of damages for breach of the charter parties dated August 23, 2007 in respect of the M/V TORM SOFIA and June 11, 2007 in respect of the M/V OVERSEAS LIMAR. As part of the lawsuit, we have obtained a Writ of Maritime Attachment and Garnishment in the amount of US $750,000 against any property of Swift Aviation Group, Inc. in New York.

We have served the Writ of Maritime Attachment and have been informed that Bank of America has restrained an electronic fund transfer in the amount of US $118,136.00.

This Notice of Attachment is provided pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York.

Very truly yours,

LeRoy Lambert

LRL/mg

# MESSAGE CONFIRMATION

02/19/2008  17:20

| DATE | S.R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | S.C. |
|------|----------|--------------------|------|-------|--------|------|
| 02/19 | 00'22" | 916022733773н4196 | TX | 002 | OK | 0000 |

02/19/2008    17:19

NO.908    P001

BLANK ROME llp
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

2008 FEB 18  PM 5 17

Date:

| TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|-----|-------|----------|-------------------|
| Swift Aviation Group Inc. | | 602-273-3773 | |

| From: | LeRoy Lambert | | |
|-------|---------------|--|--|
| Phone: | 212-885-5148 | # of Pages: (include cover) | 2 |
| Fax: | 917 332 3038 | | |
| Email: | Llambert @ BlankRome.Com | Client/Matter #: | 129053-0061 |
| Atty No.: | | | |

| ORIGINAL: | | WHEN COMPLETED: | |
|-----------|--|------------------|--|
| Will Follow: | | Call For Pickup: | |
| Will Not Follow: | | Send Interoffice: | |

## COMPLETED

**COVER MESSAGE:**

Pls. see attached.

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP.  The information is intended only for the use of the individual or entity named on this transmission sheet.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately.  If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you.  The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|-----------------|------------|------------|--------------|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

The Chrysler Building 405 Lexington Avenue New York, New York 10174-0208
(212) 885-5000  Fax (212) 885-5001
www.BlankRome.com

# EXHIBIT 4

## Lambert, LeRoy

| | |
|---|---|
| **From:** | Lambert, LeRoy |
| **Sent:** | Tuesday, February 19, 2008 6:01 PM |
| **To:** | jerry_moyes@swifttrans.com; tracy_coe@swifttrans.com |
| **Cc:** | laymon@oasisgroup.org |
| **Subject:** | Mansel Oil v. Swift Aviation Group |
| **Attachments:** | 08CV1086 Notice of Attachment Ltr.pdf |

Please see attached.

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com



**BLANK    ROME** LLP
COUNSELORS AT LAW

*Phone:*    *(212) 885-5148*
*Fax:*    *(917) 332-3838*
*Email:*    *LLambert@BlankRome.com*

February 19, 2008

### BY EMAIL and FAX 602-273-3773

Swift Aviation Group, Inc.
Phoenix, AZ 85034

> Re:    Mansel Oil Limited v. Swift Aviation Group, Inc.
> 08 CV 1086
> Our Ref.: 129053-00601

Dear Sirs:

We represent Mansel Oil Limited, ("Mansel") in the captioned action. On behalf of Mansel, we have filed a lawsuit against you, without prejudice to Mansel's right to London arbitration, seeking recovery of damages for breach of the charter parties dated August 23, 2007 in respect of the M/V TORM SOFIA and June 11, 2007 in respect of the M/V OVERSEAS LIMAR. As part of the lawsuit, we have obtained a Writ of Maritime Attachment and Garnishment in the amount of US $750,000 against any property of Swift Aviation Group, Inc. in New York.

We have served the Writ of Maritime Attachment and have been informed that Bank of America has restrained an electronic fund transfer in the amount of US $118,136.00.

This Notice of Attachment is provided pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York.

Very truly yours,

LeRoy Lambert

LRL/mg

# EXHIBIT 5

-----Original Message-----
**From:** Maurice Walker
**Sent:** 18 February 2008 15:20
**To:** David Clark; xtcops
**Cc:** Ewan Warren
**Subject:** RE: Torm Sophia - Mansel v. Swift Aviation Group

From brokers

Re: Torm Sofia / Swift CP dtd 23rd Aug 07

the point of contact we had a while ago was a gentleman called Laymon based in

U.S. who is agent on behalf of Swift

Tel. 001 678 252 6981

Email: laymon@oasisgroup.org

now it seems best to contact Mr Jerry Moyes, Headquarters:. 2200 S. 75th Ave.

Phoenix, AZ 85043, Phone: 602-269-9700 Fax: 623-907-7380 Toll Free: 800-800-

2200 - we dont have email for him

hope this is of assistance

tks best regards

laura meneguzzo

direct no: +44 20 74 11 01 47

mobile no: +44 77 88 728 885

e-mail : ops@petrian.co.uk

yahoo : laura_meneguzzo2


Rgds

MAURICE WALKER
VITOL SERVICES LTD.
AS INSTRUCTED BY MANSEL OIL LTD.

MOBILE          +44 7793264837
OFFICE DIR. LINE  +44 207 312 4347
HOME NO.        +44 208 661 0973
PLS ONLY REPLY TO: XTCOPS@VITOL.COM

# EXHIBIT 6

## Lambert, LeRoy

| | |
|---|---|
| **From:** | Lambert, LeRoy |
| **Sent:** | Wednesday, February 27, 2008 10:19 AM |
| **To:** | hforgey@chambleeryan.com |
| **Subject:** | Mansel v. Swift Aviation |

**Attachments:** pdf.pdf; pdf.pdf

Dear Heather,

Further to our telephone conversation this morning, I attach 1) a copy of the complaint and 2) a copy of the order of attachment. The Complaint requested an attachment order of some $1,000,000+. Judge Daniels reduced the amount to $750,000.

The merits are subject to arbitration in London. These maritime attachments are quite common in New York. Typically, if the merits are not resolved amicably, the defendant posts substitute security in London to be held pending the outcome of the arbitration and the funds attached in New York can then be released. Meanwhile, we are continuing service of the attachment order and will let you know if and when additional amounts are attached.

I look forward to working with you in this matter.

Regards,

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

# EXHIBIT 7

## Lambert, LeRoy

| | |
|---|---|
| **From:** | Lambert, LeRoy |
| **Sent:** | Friday, February 29, 2008 10:52 AM |
| **To:** | Heather Forgey |
| **Subject:** | Mansel v. Swift Navigation |
| **Attachments:** | TORM SOFIA SWIFT CP Dtd 23-9-2007.pdf; OVERSEAS LIMAR SWIFT CP Dtd 11-07-2007.pdf |

Dear Heather,

As you requested, I attach the two charter parties. I have numbered the documents in the bottom-right hand corner 1-8 (Torm Sofia) and 9-16 (Overseas Limar) for ease of reference.

1-5 is the "recap." 7 is an addendum regarding a change in the discharge port option. 8 is the addendum changing the name of the charterer to Swift Aviation Group

9-12 is the "recap." 13 is an addendum regarding a change in the discharge port option. 14 is an addendum relating to Panama Canal transit. 15 is the addendum changing the name of the charterer ot Swift Aviation Group. 16 is an addendum regarding discharge port options.

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

**Ewan Warren**

| | |
|---|---|
| From: | Nick Mahoney |
| Sent: | 23 August 2007 18:00 |
| To: | Shipping London; Freight |
| Subject: | TORM SOFIA/SWIFT CP DATED 23/9/07 |

final recap

-----Original Message-----
From: brokers@petrian.co.uk [mailto:brokers@petrian.co.uk]
Sent: 23 August 2007 17:58
To: Nick Mahoney
Subject: TORM SOFIA/SWIFT CP DATED 23/9/07


TO..: "Vitol, London"
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 23-AUG-2007 17:57
MSG.: 986815

TO:    NICK     -    VITOL
FROM:  SIMON    -    PETRIAN SHIPBROKERS LLP

WE ARE PLEASED TO CONFIRM THE FOLLOWING FIXTURE CONCLUDED TODAY WITH ALL
SUBJECTS LIFTED AND IN ORDER:


-------------------------------------------------------------------
                           (TITLE)
                           -------
CHARTERERS          : SWIFT TRANSPORTATION INC

DISPONENT OWNERS    : LR1 MANAGEMENT K/S AS AGENT TO OWNER A/S
                      DAMPSKIBSSELSKABET TORM

TIMECHARTER OWNERS  : MANSEL

CHARTER PARTY       : BP VOY 4

CP DATE             : 23RD AUGUST 2007


-------------------------------------------------------------------
                           (VESSEL)
                           --------
VESSEL        : TORM SOFIA
EX-NAME       : N/A
SDWT          : 72,718 MT
SDRAFT        : 14.022 M
LOA           : 227.832 M
BEAM          : 32.275 M
FLAG          : SINGAPORE
BUILT         : AUG 22, 2005
CLASS         : LLOYDS REGISTER
CHAIN STOPPER : 2 X 200 MT - TONGUE TYPE
CHAIN SIZE    : 78 MILLIMETRES
CUBIC 98 PCT  : 78812.6 CU. METRES
SLOP 98 PCT   : 4255.8 CU. METRES
SEGREGATIONS  : 3
PUMPS         : 3 x 2000 Cu. Metres/Hour (Centrifugal)
TPC           : 66.8 METRIC TONNES
BCM           : 113.114 Metres
KTM           : 45.65 Metres
IGS           : YES
COW           : YES
SBT/CBT       : SBT
VRS           : YES

                                1

```
GRT          : 41503 MT
NRT          : 20972 MT
PCNT         : 34292 MT
SCNT         : 38517.12 MT
DERRICK/CRANE: CRANES 1 X 15 METRIC TONNES
COATED       : PURE EPOXY
HULL         : DH
CALL SIGN    : 9VDG9
P AND I      : BRITANNIA
```

```
LAST 3 CARGOES          : 1) UMS
                          2) UMS
                          3) UMS
```

```
POSITON                 : IN BALLAST ETA KUWAIT 5/9
```

```
APPROVALS               : TTBOOK WOG VESSEL IS NOT UNACCEPTABLE TO THE
                          FOLLOWING OIL COMPANIES
                          STATOIL/CONOCO/CSSA/BP/CHEVRON/EXXON
```

----------------------------------------------------------------

(CARGO)
-------

```
QUANTITY/GRADE          : CHOPT TO FULL CARGO - NO HEAT - NON
                          PERSISTANT CPP UNL UND 2.5, UNL
                          - MAX 2 GRDS WVNS
                          EXCL LUBES/ CASINGHEAD/ SOLVENTS/ CHEMICALS/
                          PENTHANE/ PENTHANE PLUS/ PARAFFINIC NAPHTHA

                          OWNER ADVISES VESSEL LOADS APPROX 67710.54 BASIS 13.72
                          SAILING DRAFT
```

----------------------------------------------------------------

(GEOGRAPHICAL)
--------------

```
LOADING RANGE    : 1/2 SPS AG EXCL I/I
```

```
DISCHARGE RANGE  : 1/2 SP(S) UKCONTINENT GIB/HAMBURG RGE
                   EXCL SCAN/DEN, MSC, PETERHEAD, THANMERE, DUNDEE
                   LONDONDERRY, LYME BAY, EIRE, LIVERPOOL VIA SUEZ

                   OR CHOPT

                   1/2 SP(S) WAF ABDIJAN/DOUALA RGE
                   EXCL UN SANCTIONED COUNTRIES AND RIVER PORTS - VIA CAPE

                   OR CHOPT

                   1/2 SP(S) MED EXCL Y/FY/ALBANIA/TOC/SYRIA/LEBANON/ISRAEL
                   VIA SUEZ

                   AND/OR CHOPT

                   1/2 SP(S) USAC IF NYNNGWB VIA SUEZ

                   AND/OR CHOPT

                   1/2 SP(S) USG EXCL MISSISSIPPI RIVER VIA SUEZ

                   AND/OR CHOPT

                   1/2 SP(S) CARIBS EXCL C/O/H, CARAPITO AND LAKE MARACAIBO
                   VIA SUEZ
```

----------------------------------------------------------------

(DATES)
-------

2

2

LAYCAN                : 6TH SEPTEMBER 2007 (00:01 HRS) / 8TH SEPTEMBER  2007
                        (23:59)
-----------------------------------------------------------------------
                        (FINANCIAL)

FREIGHT RATE          : LUMPSUM RATES 1:1 AND INCLUSIVE OF SUEZ
                        TRANSIT WHERE APPLICABLE.ADDITIONAL PORTS PAYABLE AS
                        PER TORM INTERIM PORT CLAUSE

                        USD 1,850,000 - EAST MED NWOBI MALTA VIA SUEZ
                        USD 1,950,000 - WEST MED  VIA SUEZ
                        USD 2,100,000 - UKC VIA SUEZ
                        USD 2,600,000 - WAF VIA CAPE
                        USD 2,700,000 - USAC VIA SUEZ
                        USD 2,800.000 - CARIBS VIA SUEZ
                        USD 2,900,000 - USG VIA SUEZ

DEMURRAGE             : USD 28,500 PDPR

MAX 3 DISPORTS IN TOTAL AND MAX 2 RANGES IF COMBO
IF COMBINATION OF MED WITH TRANSATLANTIC OPTION ROTATION ALWAYS TO BE EAST TO
WEST
IF COMBINATION BETWEEN TRANSATLANTIC OPTIONS ROTATION ALWAYS TO BE NORTH TO
SOUTH AND EAST TO WEST.

-----------------------------------------------------------------------
                        (TERMS)


- FREIGHT PAYABLE BBB

- BANK GUARANTEE BY COUNTERSIGNED LOI

GA/ARB LONDON ENGLISH LAW TO APPLY

LAYTIME    : 72 HRS

FREIGHT PAYMENT DETAILS:
AT SIGHT IMMEDIATELY UPON COMPLETION OF DICHARGE
BY:        ELECTRONIC FUND TRANFER
TO:        JP MORGAN CHASE BANK NEW YORK
IN FAVOUR: JPMORGAN CHASE BANK, LONDON
FOR CREDIT TO: MANSEL OIL LIMITED
ACCOUNT NO:   GB90CHAS60924223961701

ANY DELAYS AND/OR EXTRA EXPENSES INCURRING DUE AWAITING CLEARANCE BY PORT
AUTHORITIES IN THE UNITED STATES TO BE FOR CHARTS ACCT.

CHEVRON WAR RISK TO APPLY.

WAFR CLAUSES:
--------------

MAX PORT COSTS EACH PORT IN WAF USD 20,000 FOR OWNERS ACC.

ANY TAXES AND/OR DUES ON CARGO AND/OR FREIGHT INCLUDING BUT NOT LIMITED
TO NIGERIAN CONSERVANCY DUES, SHIP DUES, HANDLING CHARGES AND NMA LEVY
TO BE FOR CHARTERERS ACCOUNT AND SETTLED DIRECTLY BY THEM.

IF ANY VETTING ARRANGEMENT IS OR SHOULD BECOME NECESSARY TO CALL WAF
CHRTS TO ARRANGE FOR SAME AT THEIR TIME AND EXPENSE. SHOULD ANY DELAYS
BE INCURRED SAME TO BE FOR CHRTS ACCOUNT.

ANY TIME AWAITING NAVAL CLEARANCE TO BE FOR CHRTS ACCOUNT AND COUNT AS
LAYTIME OR DEMURRAGE IF ON DEMURRAGE.WATCHMEN, IF REQUIRED, TO BE FOR
CHRTS ACCOUNT.

IF THE VSL IS DELAYED BY STRIKE ACTION, CHRTRS TO PAY DEMURRAGE RATE PDPR
FOR THE DURATION OF THE STRIKE, EXCEPT FOR STRIKE BY
VSL CREW.

3

ANY DELAYS IN OBTAINING NIGERIAN TASK FORCE PREMISSON TO ENTER NIGERIAN
WATERS TO COUNT IN FULL AS USED LAYTIME OR DEMURRAGE IF ON DEMURRAGE.
NMA FEE IF IMPOSED NOT TO BE FOR OWNRS ACCT.  THE CHRTRS ARE TO BE
RESPONSIBLE FOR THE NMA APPROVALS.

IF DISCHARGE APAPA, CHRTRS TO ARRANGE AND PAY FOR 2 TUGS TO ASSIST
VESSEL TO MANOUVER TO AND FROM APAPA.

DEMURRAGE PAYABLE EVERY 7 DAYS ON ACCOUNT AGAINST OWNERS INVOICE WITH
FULL SUPPORTING DOCUMENTS TO FOLLOW.  AFTER 7 DAYS DEMURRAGE TO INCREASE
TO USD 32,500 PDPR FOR BALANCE OF THE PERIOD

TAXES AND DUES CLAUSE:
-------------------------
ANY TAXES AND/OR DUES ON CARGO AND/OR FREIGHT TO BE FOR CHARTERERS ACCOUNT  AND
SETTLED DIRECTLY BY THEM.

BILL OF LADING CLAUSE:
-------------------------
FOLLOWING WORDING TO BE INSERTED IN ALL ORIGINAL BILL OF LADING ISSUED AND
PRESENTED TO MASTER: 'ALL TERMS, CONDITIONS,
LIBERTIES AND EXCEPTIONS OF  THE CHARTER PARTY INCLUDING THE ARBITRATION CLAUSE
ARE HEREWITH  INCORPORATED, AS PER CHARTER
PARTY DATED 11TH JULY 2007

SMALL CLAIMS PROCEDURE:
-------------------------------
ENGLISH LAW:
FOR DISPUTES WHERE THE TOTAL AMOUNT CLAIMED BY EITHER PARTY DOES NOT  EXCEED
THE AMOUNT OF USD 50,000 THE ARBITRATION SHALL BE
CONDUCTED IN  ACCORDANCE WITH THE SMALL CLAIMS PROCEDURE OF THE LONDON MARITIME
ARBITRATORS ASSOCIATION CURRENTLY IN FORCE.

VOYAGE ORDERS:
------------------
ALL VOYAGE ORDERS AND CHANGES TO SAME TO BE SENT ON TLX OR E-MAIL NOT FAX.
CHARTERERS ARE NOT ALLOWED TO COMMUNICATE DIRECTLY WITH MASTER UNLESS
AGREEMENT GIVEN BY OWNERS.

TORM LIGHTERING/STS TRANSFER CLAUSE:
---------------------------------------
IF LIGHTERING/STS TRANSFER OPERATION IS REQUIRED SAME ALWAYS TO BE IN
ACCORDANCE WITH OCIMF LATEST EDITION OF STS TRANSFER.
CHARTERRS TO SUPPLY  ALL FENDERS/LINES/HOSES AND ANY OTHER EQUIPMENT REQUIRED
FOR SUCH AN  OPERATION AT CHARTERERS TIME AND
EXPENSES AND ALWAYS SUBJECT TO MASTERS  APPROVAL. TIME TO COUNT IN FULL 6HRS
AFTER TENDERING NOR OR WHEN FIRST  LIGHTER VESSEL
IS ALONGSIDE, WHICHEVER EARLIER, UNTIL LAST LINE/FENDER IS  OFF AND LIGHTER
VESSEL HAS SAILED. TIME LOST DUE TO TIDE AND/OR
WEATHER  AND/OR SEA CONDITIONS TO COUNT IN FULL AS LAYTIME OR DEMURRAGE IF ON
DEMURRAGE. IF THE VESSEL IS REQUIRED TO COMPLETE
CARGO OPERATION AT A  BERTH IN PORT CHARTERERS WILL NOT HAVE THE BENEFIT OF 6
HRS NOR PRIOR  BERTHING IN PORT. CHARTERERS
WARRANT THAT THERE IS NO PROHIBITION OR  RESTRICTION ON STS OPERATION AT THE
PORT/PLACE TO CHICH THE VESSEL IS  ORDRRED TO
PERFORM STS TRANSFEER AND FURTHER THAT THEY HAVE OBTAINED  ANY/ALL NECCESSARY
LOCAL APRROVALS OR LICENCES TO CARRY OUT OPERATIONS AT  THE DESIGNATED
PROT/PLACE.

TORM INTERIM PORT CLAUSE
---------------------------
CHARTERERS TO PAY FOR ADDITIONAL INTERIM LOAD/DISCH PORT
AT COST WITH ADDITIONAL STEAMING TIME TO BE INCURRED FOR
SUCH DEVIATION WHICH EXCEEDS DIRECT PASSAGE FROM FIRST
LOADPORT TO FINAL DISPORT. TIME TO COUNT FROM ARRIVAL
PILOT STATION INTERIM LOAD/DISCHARGE PORT UNTIL DROPPING
LAST OUTWARD PILOT INTERIM LOAD/DISCHARGE PORT I.E. NO
ALLOWANCE FOR NOTICE TIME, NOR DEDUCTION FOR SHIFTING
EVEN FROM ANCHORAGE TO 1ST BERTH AND NO DEDUCTION FOR
TIME LOST DUE TO WEATHER CONDITIONS.
DEVIATION AND TIME USED TO BE CALCULATED AT DEMURRAGE

4

RATE PER DAY PRO RATA PLUS COSTS FOR ADDITIONAL BUNKERS
CONSUMED AS PER MASTERS INVOICE PRESENTED BY OWNERS.
DEVIATION, TIME USED, BUNKERS CONS BUNKERS CONSUMED AND PORT COSTS
AS PER AGENTS PROFORMA D/A TO BE PAID TOGETHER WITH
FREIGHT AS PER OWNERS TELEXED INVOICE, WHICH LATER
TO BE SUPPORTED BY HARD COPY DOCUMENTATION.

TRAFIGURA TERMS AND BPVOY 3 AS AMENDED
=============================================

B P VOY 3 AS AMENDED
----------------------

- SPEED ABT 14 KTS WSNP
- DELETE LINE 51-63
- LINE 66 INSERT 'HOWEVER THE SAFETY OF SAME ALWAYS TO BE AT MASTERS
  DISCRESTION, WHICH NOT TO BE UNREASONABLY WITHELD' AFTER 'CHTS'
- LINE 74 ADD 'UNLESS SO STIPULATED BY WORLDSCALE'
- LINE 74 INSERT AFTER 'SEA' WHICH SUBJECT TO MASTERS APPROVAL WHICH
  NOT TO BE UNREASONABLY WITHELD'
- LINE 79 ADD 'LAYTIME TO COMMENCE TENDERING NOR UPON ARRIVAL AT
  LIGHTERING POSITION' DELELTE 'WHEN THE VSL IS PROPERLY TIED UP AND
  MOORED ALONGSIDE THE LIGHTERING VSL'
- LINE 116 - 133 DELETE
- LINE 136 - ADD 'UNLESS SO STIPULATED BY WS'
- LINE 146 (FREIGHT PAYMENT DETAILS SEE ABOVE)
- LINE 150 AFTER CLAUSED 8 INSERT 'SEE ALSO NO.5 OF TRAFIGURA
  CLS 1991 ATTACHED
- LINE 157 INSERT AFTER 'APPOINT TWO INDEPENDANT SURBEYORS, ONE
  APPOINTED BY CHTS AND ONE APPOINTED AND PAID FOR BY OWNERS'
- LINE 158 AFTER 'PUMPS' ADD 'PROVIDED MASTER HAS ENSURED CORRECT
  TRIM PROCEDURES TO MAXIMISE CARGO OUTTURN'
- LINE 159 DELETE AFTER 'CHTS' AND REST OF LINE AND INSERT 'SHALL
  HAVE THE RIGHT TO CLAIM FROM OWNERS AN AMOUNT EQUAL TO'
- LINE 162 DELETE 'DEDUCTION FRM FRT' INSERT 'A CLAIM'
- LINE 164 DELETE INSERT 'THAN THEIR QUANTIFIED CLAIM'
- LINE 192 - 201 DELETE
- LINE 203 INSERT 'TAXES AND/OR DUES IN CGO AND/OR FRT TO BE FOR
  CHTS ACCOUNT AND SETTLED DIRECTLY BY THEM'
- LINE 220 AFTER 'MANIOFOLD' INSERT 'EXCEPT WHEN STRIPPING'
  LINE 220 INSERT 'AVERAGE' BEFORE 'PRESSURE OF'
- LINE 244 INSERT 'SEPTEMBER 6TH 2007'
- LINE 245 INSERT 'SEPTEMBER 8TH 2007'
- LINE 256 DELETE '96 HRS' INSERT '48 HRS - SUNDAY AND HOLIDAYS
  EXCLUDED'
- LINE 264 INSERT '72'
- LINE 269 DELETE AFTER 'DISCHARGING' UNTIL 'CHTS' IN LINE 270
- LINE 274 DELETE 'RECEIVED' AND INSERT 'TENDERED'
- LINE 275 DELETE 'FROM' INSERT 'BY'
- LINE 276 DELETE FROM 'COMMENCES...' UNTIL 'PLACE' INSERT 'ALL
  FAST'
- LINE 303 AFTER 'PEOPLES' INSERT 'AND ANY OTHER CLAUSE'
- CLAUSE 24 - INSERT MAXIMUM FOUR DAYS
- LINE 350-358 DELETE
- LINE 359-366 DELETE
- LINE 409-433 DELETE
- LINE 448 ADD 'IN ACCORDANCE WITH OWNERS P AND I CLUB WORDING AND
  DETAILED IN ACCORDANCE WITH APPENDIX AA AND BB HEREOF'
- LINE 459-461 DELETE
- LINE 462-476 DELETE
- LINE 477 ADD 'OWNERS TO RETURN TO CHTS 2/3 ORIGINAL B/L TOGETHER
  WITH OWNERS RECEIPT FOR 1/3 ORIGINAL B/L WITHIN 21 DAYS OF
  RECEIPT'
- LINE 520 ADD 'HOWEVER SWIFT TRANSPORTATION INC ALWAYS TO REMAIN
  RESPONSIBLE FOR THE PERORMANCE OF THIS C/P'
- LINE 521-523 DELETE
- LINE 559 ADD 'OR ANY OTHER CAUSE BEYOND CHTS CONTROL'
- LINE 634 INSERT AFTER '1974' WITH AS AMRNDED 1990'
- LINE 683-716 DEL AND INSERT '1/ IS A TANKER OWNED BY A MEMBER OF
  THE INTERNATIONAL TANKER OWNERS POLLUTION FEDERATION LIMITED AND
  WILL SO REMAIN THROUGHOUT THE CHARTER AND 2/ IS ENTERED IN THE

5

FOLLOWING P AND I CLUB BRITANNIA AND WILL SO REMAIN UNLESS OWNERS HAVE
GIVEN CHARTERERS PRIOR WRITTEN NOTICE FO THEIR INTENTION TO
CHANGE.
OWNERS WARRANT THAT THE VESSEL WILL ONLY BE ENTERED IN A P AND I
CLUB WITHIN THE INTERNATIONAL GROUP OF P AND I CLUBS'
- LINE 717-729 DELETE

- CONOCO WEATHER CLAUSE
- HESS SHIFTING CLAUSE

TRAFIGURA CLAUSES 1-19(02.02.2001) AMENDED AS FOLLOWS:
---------------------------------------------------------

CLS 4  LINE 2 - DELETE 0.3 AND INSERT 0.5
       LINE 3 - DELETE 'DEDUCT FROM FREIGHT' AND INSERT 'CLAIM FROM
       OWNERS'
       LINE 4 - DELETE 'AND INSURANCE'
       ADD AT THE END OF CLAUSE 'IRRESPECTIVE OF ABOVE OWNRS TO
       MANTAIN ALL HAGUE VISBY RULES AND DEFENCE'
CLS 5  AFTER 'PAID' INSERT ' ON DEVIATION, ADD COMM TO BE PAID ONLY
       ON TIME ITEMIZED AS DEMURRAGE'
CLS 6  DELETE
CLS 7  DELETE
CLS 8  TO BE ADVISED PRIOR FIXING ADD AT BEGINNING 'IF REQUESTED'

CLS 9  PARA 1 DELETE LAST SENTENCE CLS 12 FIRST LINE AFTER 'THAT' INSERT
       'TO BEST OF THEIR KNOWLEDGE'
CLS 13 ADD AT END 'ANY CONTAMINATION BY VIRTUE OF
       CLEANING TO BE FOR CHARTERERS RISK'
CLS 15 7TH LINE AFTER 'CERTIFICATE' INSERT ' WHICH OWNERS SUBMIT
       CHARTERERS AS SOON AS POSSIBLE'
       8TH/9TH LINE DELETE
       12TH LINE AFTER 'ANY' INSERT 'DIRECT'
CLS 16 DELETE
CLS 18 DELETE SEE MAIN TERMS

1.25 % ADDRESS AND 1.25% PETRIAN SHIPBROKERS LLP ON FT/DFT AND DEMURRAGE

BEST REGARDS

SIMON LANE
PETRIAN SHIPBROKERS LLP

**Ewan Warren**

| | |
|---|---|
| **From:** | brokers@petrian.co.uk |
| **Sent:** | 20 September 2007 16:50 |
| **To:** | Nick Mahoney |
| **Subject:** | torm sofia/swift 23 august 07 addendum 1 brasil option |

```
TO..: "Vitol, London"
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 20-SEP-2007 16:50
MSG.: 993603

ref mt torm sofia / swift transportation inc c/p 23rd august 2007
------------------------------------------------------------------
please find hereunder addendum number 1 dated 31st august 2007

it is mutually agreed between owners and chrts that the following discharge
range option is incorporated under above captioned c/p

disch: or in chopt 1/2 sp(s) east coast south america buenos aries/sao luiz
       range inclusive but excluding river ports

rate : lumpsum usd 2,900,000 basis 1:1 via cape of good hope

all other terms, conditions, exceptions and exemptions remain unaltered

end


nb
--
please be aware that this option is via cape of good hope and all other
discharge ranges in c/p except wafr are via suez so need to order vsl
accordingly and timely in order to avoid deviation etc




Regards
Frazer Williams
Petrian Shipbrokers LLP
dir: 44 20 7227 0486
mob: 44 7711 140894
aoh: 44 1932 845632
yahoo id: frazer_petrian
```

1

7

**Ewan Warren**

| | |
|---|---|
| **From:** | brokers@petrian.co.uk |
| **Sent:** | 20 September 2007 16:49 |
| **To:** | Nick Mahoney |
| **Subject:** | TORM SOFIA/SWIFT CP 23/08/07 - ADDENDUM NO.2 - DATED 12/09/0 |

```
TO..: "Vitol, London"
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 20-SEP-2007 16:48
MSG.: 993602

TORM SOFIA/SWIFT CP 23/08/07 - ADDENDUM NO.2 - DATED 12/09/07
============================================================

WITH REGARDS TO THE ABOVE CP IT HAS BEEN MUTUALLY AGREED TO AMEND THE
CHARTERERS STYLE TO THE FOLLOWING

CHARTERERS STYLE                    : SWIFT AVIATION GROUP INC
COMPANY REGISTRATION NUMBER         : 1121306-9
CORPORATE HEADQUARTERS ADDRESS      : SWIFT AVIATION GROUP INC
                                      2710 EAST OLD TOWER ROAD
                                      PHOENIX, AZ 85034
                                      U.S.A

Regards
Frazer Williams
Petrian Shipbrokers LLP
dir: 44 20 7227 0486
mob: 44 7711 140894
aoh: 44 1932 845632
yahoo id: frazer_petrian
```

1

8

# Ewan Warren

**From:** Nick Mahoney
**Sent:** 30 August 2007 12:31
**To:** xtcops
**Cc:** Nick Mahoney
**Subject:** OVERSEAS LIMAR/SWIFT C/P DATED 11/07/2007

```
-----Original Message-----
From: brokers@petrian.co.uk [mailto:brokers@petrian.co.uk]
Sent: 30 August 2007 12:31
To: Nick Mahoney
Subject: OVERSEAS LIMAR/SWIFT C/P DATED 11/07/2007


TO..: "Vitol, London"
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 30-AUG-2007 12:30
MSG.: 988185

Nick/Simon

Please see below recap

Best Regards
Simon Lane
Petrian Shipbrokers LLP


TO:    LAYMON/MATT/GEOFF  - SWIFT TRANSPORTATION INC
TO:    NICK      ..         VITOL
FROM:  SIMON     -         PETRIAN SHIPBROKERS LLP

WE ARE PLEASED TO SET OUT BELOW THE FOLLOWING FIXTURE CONCLUDED YESTERDAY WITH
ALL SUBJECTS LIFTED AND IN ORDER

CP DATED:   11TH JULY 2007

ACCT:   SWIFT TRANSPORTATION INC

SHIP                      : FREJA HAFNIA
SDWT                      : 53,712 MT
DRAUGHT                   : 13.025 M
LOA                       : 185.93 M
BEAM                      : 32.227 M
BUILT                     : 2006
FLAG                      : PANAMA
CAPACITY AT 98 PCT        : 54,764.9 M3
SLOP CAPACITY AT 98 PCT   : 2.357.72 M3
SLOP TANK AVAILIABILITY   :
SBT/CBT                   : SBT
COW                       : N/A
IGS                       : YES
TPC                       : 54.36
BCM                       : 91.73
KTM                       : 49.35
TYPE OF COATINGS          : EPOXY COATED
TYPE OF COILS             : N/A
CLASS                     : NKK
DERRICKS/CRANES           : 1 X 10 TON CRANE
SCNT                      :
PCRT                      :
GRT                       : 31433 MT
TYPE OF HULL
LADEN SPEED               : 14 KNOTS WSNP
```

1

9

IMO NUMBER    : 9311036

LAST THREE CARGOES UMS/UMS/UMS

APPROVALS:    PSC/CHEVRON/BP/SHELL/EXXON

VESSEL ITINERY:  ETA OMAN 11/7 ETS 13/7 ETA FUJAIRAH
14/7 ETS FUJAIRAH 15/7, CLEANING 3.5 DAYS

OWNERS ADVISE THAT VESSEL CAN LOAD BASIS SG .8 = 47,000 MT  AND LESS ONE SLOP
TANK = 46,250 MT

IN OWNERS OPTION ACCEPTABLE TO CHARTERERS WHICH IS NOT TO BE UNREASONABLY
WITHELD

```
SHIP                        : OVERSEAS LIMAR
SDWT                        : 46164.9 MT
DRAUGHT                     : 12.205 M
LOA                         : 182.9 M
BEAM                        : 32.2 M
BUILT                       : 1996
FLAG                        : MARSHALL ISLAND
CAPACITY AT 98 PCT          : 50,084.4M3
SLOP CAPACITY AT 98 PCT     : 1,046.54 M3
SLOP TANK AVAILIABILITY     :
SBT/CBT                     : SBT
COW                         : YES
IGS                         : YES
TPC                         : 50.419 MT
BCM                         : 92.4 M
KTM                         : 49.52 M
TYPE OF COATINGS            : EPOXY INTERCHEM 900 SERIES
TYPE OF COILS               : N/A
CLASS                       : ABS
DERRICKS/CRANES             : 3 X 10 TON CRANE
SCNT                        : 29,001.54
PCRT                        : 28,537.00
GRT                         : 28,357.00
TYPE OF HULL
LADEN SPEED                 : 14 KNOTS WSNP
IMO NUMBER                  : 9121003
```

LAST THREE CARGOES UMS/UMS/UMS

APPROVALS:    SHELL/EXXON BASIS SIRE/CHEVRON/SHELL/PETRONAS

ETS BANDER ABBAS 12-13/7 ETA FUJAIRAH 13-14/7 ETS FUJAIRAH 15/7 ETA KUWAIT 18/7

OWNERS ADVISE THAT VESSEL CAN LOAD BASIS SG .8 = 40,600 MT  AND LESS ONE SLOP
TANK = 40,200 MT

DECLARATION OF PERFORMING VESSEL BY 16:00 HRS LONDON ON THE 13TH JULY 2007

FOR CHOFT UPTO A FULL CARGO NDFCAPMQS
1/2 GRADES WVNS CPP CLN ULD UND 2.5 NPA
EXCL LUBES / CASING HEADS / SOLVENTS AND CHEMS

LAYCAN    18-20 JULY 2007 (00:01-23:59)

LOAD      1-2 SP AG EXCLUDING I AND Y

DISCHARGE 1-2 SP USWC LA - SAN FRAN RANGE INC HAWAII
          OR
          1-2 SP WC CAMERICA

RATE      USD 2.5 MILLION 1-1    - USWC INC HAWAII
          USD 2.475 MILLION 1-1  - WCCAM

DEMMURRAGE: 30K PDPR

LAYTIME:    72 HOURS SHINC

2

FREIGHT PAYABE BBB AND WITH A BANK COUNTERSIGNED LOI

FREIGHT PAYMENT DETAILS:
AT SIGHT IMMEDIATELY UPON COMPLETION OF DICHARGE
BY:          ELECTRONIC FUND TRANFER
TO:          JP MORGAN CHASE BANK NEW YORK
IN FAVOUR:   JPMORGAN CHASE BANK, LONDON
FOR CREDIT TO:  MANSEL OIL LIMITED
ACCOUNT NO:  GB90CHAS60924223961701

ANY DELAYS AND/OR EXTRA EXPENSES INCURRING DUE AWAITING CLEARANCE BY PORT
AUTHORITIES IN THE UNITED STATES TO BE FOR CHARTS ACCT.

CHEVRON WAR RISK TO APPLY.

TAXES AND DUES CLAUSE:
--------------------------
ANY TAXES AND/OR DUES ON CARGO AND/OR FREIGHT TO BE FOR CHARTERERS ACCOUNT  AND
SETTLED DIRECTLY BY THEM.

BILL OF LADING CLAUSE:
--------------------------
FOLLOWING WORDING TO BE INSERTED IN ALL ORIGINAL BILL OF LADING ISSUED AND
PRESENTED TO MASTER: 'ALL TERMS, CONDITIONS,
LIBERTIES AND EXCEPTIONS OF  THE CHARTER PARTY INCLUDING THE ARBITRATION CLAUSE
ARE HEREWITH  INCORPORATED, AS PER CHARTER
PARTY DATED 11TH JULY 2007

SMALL CLAIMS PROCEDURE:
----------------------------
ENGLISH LAW:
FOR DISPUTES WHERE THE TOTAL AMOUNT CLAIMED BY EITHER PARTY DOES NOT  EXCEED
THE AMOUNT OF USD 50,000 THE ARBITRATION SHALL BE
CONDUCTED IN  ACCORDANCE WITH THE SMALL CLAIMS PROCEDURE OF THE LONDON MARITIME
ARBITRATORS ASSOCIATION CURRENTLY IN FORCE.

VOYAGE ORDERS:
-------------------
ALL VOYAGE ORDERS AND CHANGES TO SAME TO BE SENT ON TLX OR E-MAIL NOT FAX.
CHARTERERS ARE NOT ALLOWED TO COMMUNICATE DIRECTLY WITH MASTER UNLESS
AGREEMENT GIVEN BY OWNERS.

TORM LIGHTERING/STS TRANSFER CLAUSE:
-------------------------------------------
IF LIGHTERING/STS TRANSFER OPERATION IS REQUIRED SAME ALWAYS TO BE IN
ACCORDANCE WITH OCIMF LATEST EDITION OF STS TRANSFER.
CHARTERERS TO SUPPLY  ALL FENDERS/LINES/HOSES AND ANY OTHER EQUIPMENT REQUIRED
FOR SUCH AN  OPERATION AT CHARTERERS TIME AND
EXPENSES AND ALWAYS SUBJECT TO MASTERS  APPROVAL. TIME TO COUNT IN FULL 6HRS
AFTER TENDERING NOR OR WHEN FIRST  LIGHTER VESSEL
IS ALONGSIDE, WHICHEVER EARLIER, UNTIL LAST LINE/FENDER IS  OFF AND LIGHTER
VESSEL HAS SAILED. TIME LOST DUE TO TIDE AND/OR
WEATHER  AND/OR SEA CONDITIONS TO COUNT IN FULL AS LAYTIME OR DEMURRAGE IF ON
DEMURRAGE. IF THE VESSEL IS REQUIRED TO COMPLETE
CARGO OPERATION AT A  BERTH IN PORT CHARTERERS WILL NOT HAVE THE BENEFIT OF 6
HRS NOR PRIOR  BERTHING IN PORT. CHARTERERS
WARRANT THAT THERE IS NO PROHIBITION OR  RESTRICTION ON STS OPERATION AT THE
PORT/PLACE TO CHICH THE VESSEL IS  ORDERED TO
PERFORM STS TRANSFEER AND FURTHER THAT THEY HAVE OBTAINED  ANY/ALL NECCESSARY
LOCAL APRROVALS OR LICENCES TO CARRY OUT OPERATIONS AT  THE DESIGNATED
PROT/PLACE.

TORM INTERIM PORT CLAUSE
----------------------------
CHARTERERS TO PAY FOR ADDITIONAL INTERIM LOAD/DISCH PORT
AT COST WITH ADDITIONAL STEAMING TIME TO BE INCURRED FOR
SUCH DEVIATION WHICH EXCEEDS DIRECT PASSAGE FROM FIRST
LOADPORT TO FINAL DISPORT. TIME TO COUNT FROM ARRIVAL
PILOT STATION INTERIM LOAD/DISCHARGE PORT UNTIL DROPPING
LAST OUTWARD PILOT INTERIM LOAD/DISCHARGE PORT I.E. NO

3

ALLOWANCE FOR NOTICE TIME, NOR DEDUCTION FOR SHIFTING
EVEN FROM ANCHORAGE TO 1ST BERTH AND NO DEDUCTION FOR
TIME LOST DUE TO WEATHER CONDITIONS.
DEVIATION AND TIME USED TO BE CALCULATED AT DEMURRAGE
RATE PER DAY PRO RATA PLUS COSTS FOR ADDITIONAL BUNKERS
CONSUMED AS PER MASTERS INVOICE PRESENTED BY OWNERS.
DEVIATION, TIME USED, BUNKERS CONS BUNKERS CONSUMED AND PORT COSTS
AS PER AGENTS PROFORMA D/A TO BE PAID TOGETHER WITH
FREIGHT AS PER OWNERS TELEXED INVOICE, WHICH LATER
TO BE SUPPORTED BY HARD COPY DOCUMENTATION.

TRAFIGURA TERMS AND BPVOY AS AMENDED
==========================================

B P VOY 3 AS AMENDED
----------------------

- SPEED ABT 14 KTS WSNP
- DELETE LINE 51-63
- LINE 66 INSERT 'HOWEVER THE SAFETY OF SAME ALWAYS TO BE AT MASTERS
  DISCRETION, WHICH NOT TO BE UNREASONABLY WITHELD' AFTER 'CHTS'
- LINE 74 ADD 'UNLESS SO STIPULATED BY WORLDSCALE'
- LINE 74 INSERT AFTER 'SEA' WHICH SUBJECT TO MASTERS APPROVAL WHICH
  NOT TO BE UNREASONABLY WITHELD'
- LINE 79 ADD 'LAYTIME TO COMMENCE TENDERING NOR UPON ARRIVAL AT
  LIGHTERING POSITION' DELELTE 'WHEN THE VSL IS PROPERLY TIED UP AND
  MOORED ALONGSIDE THE LIGHTERING VSL'
- LINE 116 - 133 DELETE
- LINE 136 - ADD 'UNLESS SO STIPULATED BY WS'
- LINE 146 (FREIGHT PAYMENT DETAILS SEE ABOVE)
- LINE 150 AFTER CLAUSED 8 INSERT 'SEE ALSO NO.5 OF TRAFIGURA
  CLS 1991 ATTACHED
- LINE 157 INSERT AFTER 'APPOINT TWO INDEPENDANT SURBEYORS, ONE
  APPOINTED BY CHTS AND ONE APPOINTED AND PAID FOR BY OWNERS'
- LINE 158 AFTER 'PUMPS' ADD 'PROVIDED MASTER HAS ENSURED CORRECT
  TRIM PROCEDURES TO MAXIMISE CARGO OUTTURN'
- LINE 159 DELETE AFTER 'CHTS' AND REST OF LINE AND INSERT 'SHALL
  HAVE THE RIGHT TO CLAIM FROM OWNERS AN AMOUNT EQUAL TO'
- LINE 162 DELETE 'DEDUCTION FRM FRT' INSERT 'A CLAIM'
- LINE 164 DELETE INSERT 'THAN THEIR QUANTIFIED CLAIM'
- LINE 192 - 201 DELETE
- LINE 203 INSERT 'TAXES AND/OR DUES IN CGO AND/OR FRT TO BE FOR
  CHTS ACCOUNT AND SETTLED DIRECTLY BY THEM'
- LINE 220 AFTER 'MANIOFOLD' INSERT 'EXCEPT WHEN STRIPPING'
  LINE 220 INSERT 'AVERAGE' BEFORE 'PRESSURE OF'
- LINE 244 INSERT ' JULY 18TH 2007'
- LINE 245 INSERT 'JULY 20TH 2007'
- LINE 256 DELETE '96 HRS' INSERT '48 HRS - SUNDAY AND HOLIDAYS
  EXCLUDED'
- LINE 264 INSERT '72'
- LINE 269 DELETE AFTER 'DISCHARGING' UNTIL 'CHTS' IN LINE 270
- LINE 274 DELETE 'RECEIVED' AND INSERT 'TENDERED'
- LINE 275 DELETE 'FROM' INSERT 'BY'
- LINE 276 DELETE FROM 'COMMENCES...' UNTIL 'PLACE' INSERT 'ALL
  FAST'
- LINE 303 AFTER 'PEOPLES' INSERT 'AND ANY OTHER CLAUSE'
- CLAUSE 24 - INSERT MAXIMUM FOUR DAYS
- LINE 350-358 DELETE
- LINE 359-366 DELETE
- LINE 409-433 DELETE
- LINE 448 ADD 'IN ACCORDANCE WITH OWNERS P AND I CLUB WORDING AND
  DETAILED IN ACCORDANCE WITH APPENDIX AA AND BB HEREOF'
- LINE 459-461 DELETE
- LINE 462-476 DELETE
- LINE 477 ADD 'OWNERS TO RETURN TO CHTS 2/3 ORIGINAL B/L TOGETHER
  WITH OWNERS RECEIPT FOR 1/3 ORIGINAL B/L WITHIN 21 DAYS OF
  RECEIPT'
- LINE 520 ADD 'HOWEVER SWIFT TRANSPORTATION INC ALWAYS TO REMAIN
  RESPONSIBLE FOR THE PERORMANCE OF THIS C/P'
- LINE 521-523 DELETE
- LINE 559 ADD 'OR ANY OTHER CAUSE BEYOND CHTS CONTROL'

4

17

- LINE 634 INSERT AFTER '1974' WITH AS AMENDED 1990'
- LINE 683-716 DEL AND INSERT '1/ IS A TANKER OWNED BY A MEMBER OF
  THE INTERNATIONAL TANKER OWNERS POLLUTION FEDERATION LIMITED AND
  WILL SO REMAIN THROUGHOUT THE CHARTER AND 2/ IS ENTERED IN THE
  FOLLOWING P AND I CLUB (OVERSEAS LIMAR) GARD OR FREJA HAFNIA (JAPAN SHIP
  OWNERS MUTUAL PROTECTION AND IDEMNITY) AND WILL SO REMAIN UNLESS OWNERS HAVE
  GIVEN CHARTERERS PRIOR WRITTEN NOTICE FO THEIR INTENTION TO
  CHANGE.
  OWNERS WARRANT THAT THE VESSEL WILL ONLY BE ENTERED IN A P AND I
  CLUB WITHIN THE INTERNATIONAL GROUP OF P AND I CLUBS'
- LINE 717-729 DELETE

- CONOCO WEATHER CLAUSE
- HESS SHIFTING CLAUSE

TRAFIGURA CLAUSES 1-19(02.02.2001) AMENDED AS FOLLOWS:
-----------------------------------------------------------

CLS 4 LINE 2 - DELETE 0.3 AND INSERT 0.5
      LINE 3 - DELETE 'DEDUCT FROM FREIGHT' AND INSERT 'CLAIM FROM
      OWNERS'
      LINE 4 - DELETE 'AND INSURANCE'
      ADD AT THE END OF CLAUSE 'IRRESPECTIVE OF ABOVE OWNRS TO
      MANTAIN ALL HAGUE VISBY RULES AND DEFENCE'
CLS 5 AFTER 'PAID' INSERT ' ON DEVIATION, ADD COMM TO BE PAID ONLY
      ON TIME ITEMIZED AS DEMURRAGE'
CLS 6 DELETE
CLS 7 DELETE
CLS 8 TO BE ADVISED PRIOR FIXING ADD AT BEGINNING 'IF REQUESTED'

CLS 9 PARA 1 DELETE LAST SENTENCE CLS 12 FIRST LINE AFTER 'THAT' INSERT
      'TO BEST OF THEIR KNOWLEDGE'
CLS 13 ADD AT END 'ANY CONTAMINATION BY VIRTUE OF
      CLEANING TO BE FOR CHARTERERS RISK'
CLS 15 7TH LINE AFTER 'CERTIFICATE' INSERT ' WHICH OWNERS SUBMIT
      CHARTERERS AS SOON AS POSSIBLE'
      8TH/9TH LINE DELETE
      12TH LINE AFTER 'ANY' INSERT 'DIRECT'
CLS 16 DELETE
CLS 18 DELETE SEE MAIN TERMS

1.25 % ADDRESS AND 1.25% PETRIAN SHIPBROKERS LLP ON FT/DFT AND DEMURRAGE

BEST REGARDS

SIMON LANE
PETRIAN SHIPBROKERS LLP

13

**Ewan Warren**

| From: | Nick Mahoney |
|---|---|
| Sent: | 28 August 2007 16:11 |
| To: | Shipping London |
| Subject: | OVERSEAS LIMAR/SWIFT ADDENDUM NUMBER 1 |

USG OPTION AGREED

-----Original Message-----
From: brokers@petrian.co.uk [mailto:brokers@petrian.co.uk]
Sent: 28 August 2007 16:09
To: Nick Mahoney
Subject: OVERSEAS LIMAR/SWIFT ADDENDUM NUMBER 1


TO..: "Vitol, London"
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 28-AUG-2007 16:09
MSG.: 987407

TO:    LAYMON/MATT/GEOFF
TO:    NICK
FROM:  SIMON

OVERSEAS LIMAR / SWIFT TRANSPOTATION CP DATED 11TH JULY 2007
--------------------------------------------------------------

ADDENDUM NUMBER 1
-------------------
IT HAS BEEN MUTUALLY AGREED BETWEEN BOTH PARTIES TO THE FOLLOWING ADDENDUM.

DISCHARGE
OR IN CHOPT
1/2 SP USG EXCL MISSISSIPPI RIVER VIA PANAMA

RATE
USD 2.9 MILLION 1-1

PANAMA CANAL CLAUSE
---------------------
ANY WAITING TIME FOR TRANSIT PANAMA CANAL IN LADEN CONDITION IN EXCESS OF 24
HOURS TO COUNT AS LAYTIME OR DEMURRAGE IF ON DEMURRAGE.  PREBOOKING COST FOR
PANAMA-CANAL TRANSIT IN LADEN TO BE FOR CHARTERERS ACCOUNT AND SETTLED WITH
FREIGHT.

ALL OTHER TERMS AND CONDITIONS AS PER C/P DATED 11TH JULY TO REMAIN THE SAME

END

BEST REGARDS

SIMON LANE
PETRIAN SHIPBROKERS LLP

1

**Ewan Warren**

| | |
|---|---|
| **From:** | Mette Praest |
| **Sent:** | 24 September 2007 10:41 |
| **To:** | Amine Hayek |
| **Subject:** | FW: OVERSEAS LIMAR/SWIFT CP 11/06/07 - ADDENDUM NO.1 - DATED 12/ |

-----Original Message-----
From: Nick Mahoney
Sent: 12 September 2007 16:14
To: xtcops
Cc: Nick Mahoney
Subject: FW: OVERSEAS LIMAR/SWIFT CP 11/06/07 - ADDENDUM NO.1 - DATED
12/


-----Original Message-----
From: brokers@petrian.co.uk [mailto:brokers@petrian.co.uk]
Sent: 12 September 2007 16:13
To: Nick Mahoney
Subject: OVERSEAS LIMAR/SWIFT CP 11/06/07 - ADDENDUM NO.1 - DATED 12/


TO..: "Vitol, London"
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 12-SEP-2007 16:13
MSG.: 991365

OVERSEAS LIMAR/SWIFT CP 11/06/07 - ADDENDUM NO.1 - DATED 12/09/07
===============================================

WITH REGARDS TO THE ABOVE CP IT HAS BEEN MUTUALLY AGREED TO AMEND THE
CHARTERERS STYLE TO THE FOLLOWING

CHARTERERS STYLE             : SWIFT AVIATION GROUP INC
COMPANY REGISTRATION NUMBER  : 1121306-9
CORPORATE HEADQUARTERS ADDRESS : SWIFT AVIATION GROUP INC
                               2710 EAST OLD TOWER ROAD
                               PHOENIX, AZ 85034
                               U.S.A

REGARDS
KEVIN BEATON
PETRIAN SHIPBROKERS LLP
EMAIL: BROKERS@PETRIAN.CO.UK
MAIN:   +44 207 222 9561
DIRECT: +44 207 227 0488
MOBILE: +44 7887 546622


1

15

## Ewan Warren

| | |
|---|---|
| **From:** | brokers@petrian.co.uk |
| **Sent:** | 20 September 2007 16:37 |
| **To:** | Nick Mahoney |
| **Subject:** | OVERSEAS LIMAR/SWIFT CP 11/06/07 - ADDENDUM NO.3 - DATED 20/ |

TO..: *Vitol, London*
ATTN: Nick Mahoney
FROM: PETRIAN SHIPBROKERS LLP
DATE: 20-SEP-2007 16:37
MSG.: 993599

OVERSEAS LIMAR/SWIFT CP 11/06/07 - ADDENDUM NO.3 - DATED 20/09/07
===================================

IT HAS BEEN MUTUALLY AGREED BETWEEN OWNERS AND CHARTERERS THAT THE
FOLLOWING DISCHARGE OPTIONS WILL BECOME PART OF THE SUBJECT C/P TOGETHER
WITH RELATIVE FREIGHTS AS BELOW:

DISCHARGE    1/2 SP USAC IF NYNNGWB
     OR CHOPT 1/2 SP ECCAN NWOBI MONTREAL WIWL VESSEL NOT TO FORCE ICE
                    OR FOLLOW ICE BREAKERS

FREIGHT      USAC USD 3.1 MILLION
             ECCAN USD 3.175 MILLION (USUAL WS FOR CHTRS ACC)


REGARDS
KEVIN BEATON
PETRIAN SHIPBROKERS LLP
EMAIL:  BROKERS@PETRIAN.CO.UK
MAIN:   +44 207 222 9561
DIRECT: +44 207 227 0488
MOBILE: +44 7887 546622

1

# EXHIBIT 8

ARIZONA ATTORNEY SERVICES, INC.
P.O. Box 1610
Queen Creek, AZ 85242-1610
602-604-8000, 602-279-3214 FAX
MICHAEL K. LEE

# UNITED STATES DISTRICT COURT
# IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| DECLARATION OF SERVICE BY AN OFFICER OF MARICOPA COUNTY SUPERIOR COURT | CIVIL CASE NUMBER **08 CV 1086** 0 |
|---|---|

| PLAINTIFF **MANSEL OIL LIMITED** REPRESENTED BY: **LEROY LAMBERT** | DEFENDANT **SWIFT AVIATION GROUP, INC.** JOHN AND JANE DOES I-X |
|---|---|

| DATE OF SERVICE 2/26/2008 at 3:10:00 PM | DATE OF PRETRIAL CONFERENCE 5/1/2008 at 9:30:00 AM |
|---|---|

I, MICHAEL K. LEE, BEING QUALIFIED UNDER ARCP 4(e) TO SERVE PROCESS WITHIN THE STATE OF ARIZONA AND HAVING BEEN SO APPOINTED BY MARICOPA COUNTY SUPERIOR COURT, DID RECEIVE ON 2/25/2008 FROM LEROY LAMBERT, ATTORNEY FOR THE PLAINTIFF, THE FOLLOWING DOCUMENTS:

**SUMMONS AND COMPLAINT; NOTICE OF INITIAL PRETRIAL CONFERENCE; INDIVIDUAL RULES OF PRACTICE OF JUDGE DANIELS WITH INSTRUCTIONS FOR ELECTRONIC CASE FILING**

I PERSONALLY SERVED THE ABOVE DOCUMENTS AT THE USUAL PLACE OF BUSINESS AS FOLLOWS:

**SWIFT AVIATION GROUP, INC. BY LEAVING COPIES WITH GERALD EHRLICH WHO IS AUTHORIZED TO ACCEPT DOCUMENTS AS THE STATUTORY AGENT FOR SWIFT AVIATION GROUP, INC.**

THE LOCATION OF SERVICE WAS:     **4001 N. 3RD ST. #400, PHOENIX, AZ 85012**

PHYSICAL DESCRIPTION:

| | RACE | SEX | AGE / DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Fees For Service

| | |
|---|---|
| 1  SERVICE FEE: | $24.00 |
| < 8  MILEAGE FEE: | $26.00 |
| ADVANCED FEES: | $0.00 |
| OTHER FEES: | $0.00 |
| MISCELLANEOUS FEES: | $0.00 |
| POSTAGE / HANDLING: | $0.00 |
| DOCUMENT PREP FEE: | $10.00 |
| **TOTAL FEES:** | **$60.00** |

DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND WAS EXECUTED ON THIS DATE.

**February 27, 2008**

MICHAEL K. LEE, DECLARANT

2 - 5778 - 450591

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 26 February 2008 |

| NAME OF SERVER (PRINT)  Michael K. Lee | TITLE |
|---|---|

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☒  Other (specify):  Corporate Service by leaving copies with Gerald Ehrlich, who is authorized to accept documents as the Statutory Agent for Swift Aviation Group Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL  $26.00 | SERVICES  $34.00 | TOTAL  $60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  26 February 2008
Date  @ 3:10 PM

Signature of Server

1928 E. Highland  Ste F 104-623
Address of Server  Phoenix AZ 85016

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 9



BLANK ROME LLP
COUNSELORS AT LAW

*Phone:*    *(212) 885-5148*
*Fax:*      *(917) 332-3838*
*Email:*    *LLambert@BlankRome.com*

February 29, 2008

Chamblee & Ryan
2777 Stemmons Freeway, Suite 1157
Dallas, TX 75207

Attention:  Heather Forgey

> Re:    Mansel Oil Limited v. Swift Aviation Group, Inc.
>        08 CV 1086
>        <u>Our Ref.: 129053-00601</u>

Dear Ms. Forgey:

        As discussed, this firm represents Plaintiff Mansel Oil Limited.  You represented this week to the undersigned that your firm represents Defendant Swift Aviation Group, Inc.  We enclose a copy of Judge Daniels' Scheduling Order dated February 5, 2008 which we trust is self explanatory.

                        Very truly yours,

                        LeRoy Lambert

LRL/mg

Cc:    w/o enclosure
       The Honorable George B. Daniels
       United States District Judge
       U.S. District Court for the Southern District of New York
       500 Pearl Street
       New York, New York  10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Mansel Oil Limited.

               Plaintiff(s),

      -against-

Swift Aviation Group, Inc.
            Defendant(s).
-----------------------------------------------------------X

08cv1086(GBD)
INITIAL PRETRIAL
CONFERENCE

TO:   The Attorney(s) for Plaintiff(s):

     This case has been designated an electronic case and has been assigned to this court for all purposes. Counsel for all parties are required to promptly register as filing "USERS" in accordance with the procedure for Electronic Case Filing.

     Counsel for all parties are hereby directed to attend a conference at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Fed. R. Civ. P. 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures, and to furnish chambers with a copy of any transmittal letter(s). If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of the notice and rules to that party personally.

     An Initial pretrial conference will be held on **Thursday, May 1, 2008 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 15D.

     No application for adjournment will be considered unless made within one week of the date of this application.

     Enclosed is a proposed Case Management Plan and Scheduling Order, pursuant to Rules 16 and 26 (f) of the Federal Rules of Civil Procedure. Counsel for all parties are directed to confer regarding the proposed plan and order. If the proposed schedule is agreeable to all parties, counsel shall sign and file the enclosed plan and order with the Court seven (7) days before the date of the initial pretrial conference. If counsel agrees that a different plan and schedule is appropriate, counsel shall sign and file a different proposed plan and schedule for the court's consideration seven (7) days before the date of the pretrial conference. In the absence of agreement, the Court, after hearing from counsel, will order a Case Management Plan and schedule at the conference. Absent extraordinary circumstances, the Plan shall provide that the case be ready for trial within six months.

     In addition to the matters covered in the Case Management Plan, counsel should also be prepared to address at the conference the factual and legal bases for their claims or defenses, any issue as to subject matter jurisdiction, and any other issue relevant to case management.

Dated: February 5, 2008
     New York, New York

                     SO ORDERED:

                     GEORGE B. DANIELS
                     United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Mansel Oil Limited.,

                    Plaintiff,

     -against-

Swift Aviation Group, inc.,

                    Defendant,
--------------------------------------------------------X

08cv1086(GBD)
CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

    After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1.    No **additional parties** may be joined after **July 3, 2008**.

2.    No **amendment** to the pleadings will be permitted after **July 3, 2008**.

3.    Except for good cause shown, all **discovery** shall be commenced in time to be completed by **August 7, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to completed discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4.    **Dispositive motions** are to served by **November 6, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three(3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5.    A final **pretrial conference** will be held on **December 4, 2008 at 9:30 a.m.**.

6.    The **Joint Pretrial Order** shall be filed no later than **November 13, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7.    **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8.   The parties shall be **ready for trial** on 48 hours notice on or after **December 11, 2008.** The estimated trial time is _____ days, and this is a (jury) (non-jury) trial.

9.   The **Next Case Management Conference** will be held on **September 4, 2008 at 9:30 a.m.**.

Dated: February 5, 2008
       New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant

-2-

# EXHIBIT 10

**Napolitano, Chrisanthy**

| | |
|---|---|
| **From:** | Lambert, LeRoy |
| **Sent:** | Tuesday, March 18, 2008 3:15 PM |
| **To:** | julie.bedard@skadden.com |
| **Subject:** | Mansel Oil Ltd. v. Swift Aviation Group, Inc. |
| **Attachments:** | 08 CV 1086 GBD Scheduling Order.pdf |

Dear Julie:

Further to our telephone conversation this afternoon, I attach an image of Judge Daniel's scheduling order, which I had previously sent to Chamblee & Ryan in Dallas.

Defendants in these Rule B cases often prefer to provide security in order to be out from under the threat of having their EFT's intercepted. Typically, this is done by bank guarantee in London. Once that occurs, the case here can be dismissed, instead of stayed, and the solicitors in London deal with both aspects, security and the merits. Has Swift retained solicitors in London to advise them on English law? If so, I suggest that Mansel Oil's solicitors, Stephenson Harwood, communicate directly with them.

Regards,

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Cell: 973-444-2683 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

# EXHIBIT 11

## Napolitano, Chrisanthy

| | |
|---|---|
| **From:** | Lambert, LeRoy |
| **Sent:** | Monday, March 24, 2008 2:49 PM |
| **To:** | 'eradzik@mcdermottradzik.com' |
| **Cc:** | 'julie.bedard@skadden.com' |
| **Subject:** | Mansel Oil v. Swift Aviation |
| **Importance:** High | |
| **Sensitivity:** Confidential | |

Dear Ed,

I am out of the office today, but have received and reviewed your motion papers in this matter on behalf of Swift Air, LLC. I have sent them to my clients and expect to revert tomorrow.

Meanwhile, it is the Bank of America, of course, not Mansel, that restrained the transfer pursuant to the order of attachment. I forward below the notice we received from the Bank on February 15.

1.   Do you dispute that the named beneficiary on the remittance is Swift Aviation Group? If so, kindly provide a copy of the remittance details.

2.   If you do not dispute that Swift Aviation is the named beneficiary, does a) Swift Air LLC agree to produce Mr. Burdette for a deposition and b) does Ms. Bedard, reading in copy, agree to produce a witness with knowledge on behalf of Swift Aviation?

Regards,

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building, 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

---

**From:** Swanson, Sarah L -Legal [mailto:sarah.l.swanson@bankofamerica.com]
**Sent:** Friday, February 15, 2008 5:54 PM
**To:** Lambert, LeRoy
**Cc:** Swanson, Sarah L -Legal
**Subject:** RE: LeRoy Lambert at Blank Rome
**Importance:** High
**Sensitivity:** Confidential

RE: trn_217418.txt  TRN# 20080215-00217418  USD 118,136.00 COURT ORDER-SWIFT AVIATION GROUP

Dear Mr. Lambert,

Pursuant to our phone conversation, kindly note the above wire transaction that BANA is restraining for your firm per the attached WRIT. Note the funds are for the beneficiary:

SWIFT AVIATION GROUP

2406 SOUTH 24TH ST.

PHOENIX AZ US 85034

Kindly provide a response email confirming you have notified your party defendant accordingly.

*Have a nice day,*

*Sarah*

Mail Code: NC1-002-29-01
Phone: 704.386.9334
Fax: 704.719.8478

SPREAD THE SPIRIT! *Have you sent a Bank of America Spirit Celebration Card today? It is easy to do, just click on the link below:*

*http://spirit.bankofamerica.com/*

*Nomination form can be found at: http://spirit.bankofamerica.com/discovery/legal/2004_Nom_form.doc*

---

**From:** Lambert, LeRoy [mailto:llambert@BlankRome.com]
**Sent:** Friday, February 15, 2008 5:48 PM
**To:** Swanson, Sarah L -Legal
**Subject:** LeRoy Lambert at Blank Rome

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

*********************************************************************************************
This message and any attachments may contain confidential or privileged information and are only for the use of the
intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and
delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use,
distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
*********************************************************************************************

3/27/2008

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3/27/2008

# EXHIBIT 12

CHAMBLEE ℝ RYAN

**HEATHER J. FORGEY**
**DIRECT DIAL: (214) 424-8254**
hforgey@chambleeryan.com

A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**

**2777 NORTH STEMMONS FREEWAY**
**SUITE 1157**
**DALLAS, TEXAS 75207**

MAIN NUMBER: (214) 905-2003
FACSIMILE: (214) 905-1213
crlaw@chambleeryan.com

March 20, 2008

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7007 0710 0000 8244 4886**
Mr. LeRoy Lambert
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

> **Re:** *Mansel Oil, Ltd. vs. Swift Aviation Group, Inc.;* **Cause No. 08-CV-1086, In the**
> **United States District Court for the Southern District of New York**

Dear Mr. Lambert:

This letter concerns Bank of America's improper restraint of a wire transfer to an entity not named in the purportedly applicable attachment order.

On February 15, 2008, you served the enclosed attachment and garnishment order on Bank of America. The Order authorized you to attach or garnish Swift Aviation Group, Inc. property in the possession of 13 named banks. You attached a Bank of America wire transfer intended for a different entity and a stranger to this case, Swift Air, LLC.

Swift Air, LLC is not a party to this case or the underlying charter parties discussed in the Verified Complaint. As such, Swift Air, LLC hereby demands that you immediately release the $118,136.00 you improperly attached. If you do not immediately release these funds, Swift Air, LLC will be forced to seek reimbursement for its attorneys' fees and costs incurred in this matter, as well as any and all damages and sanctions allowable for this improper attachment and ensuing disruption of Swift Air, LLC's business.

In addition, Swift Air, LLC demands copies of all interrogatories served in this case, together with any responses thereto. These documents can be sent to the undersigned at the above address.

Thank you for your prompt attention in this matter. Please call if you have any questions.

Sincerely,

Heather J. Forgey

HJF:hjf
Enclosure

# EXHIBIT 12A

# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

BARRY J. GLICKMAN
(212) 826-5327
bglickman@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

March 25, 2008

**BY E-MAIL**

Heather J. Forgey, Esq.
Chamblee Ryan
2777 North Stemmons Freeway
Suite 1157
Dallas, Texas 75207

**Email Address.: hforgey@chambleeryan.com**

### Mansel Oil Limited. v. Swift Aviation Group, Inc.

Dear Ms. Forgey:

We are counsel to non-party garnishee Bank of America, N.A. ("BANA") in connection with the referenced matter. Reference is made to your intemperate correspondence to BANA dated March 20, 2008 and March 24, 2008 in which you seek the release of a wire transfer in the sum of $118,136. and threaten to seek sanctions against BANA if it does not capitulate to your impermissible demand. Your claim is based on the fundamentally erroneous assumption that "the wire transfer represents Swift Air, LLC funds." In fact, such claim is belied by the very wire instructions pursuant to which the transfer was made. To be sure, the defendant identified in the Process of Maritime Attachment and Garnishment ("PMAG") attached to your letters is the named beneficiary of a wire transfer dated February 15, 2008. Under the circumstances, BANA has an unqualified court-ordered obligation to comply with the PMAG and does not have the discretion to vary from its explicit terms.

Certainly, you may communicate with plaintiff's counsel, Leroy Lambert, Esq., (212) 885-5000, in an effort to persuade him that defendant does not have a legitimate interest in the funds that are the subject of the wire transfer. Barring instructions from Mr. Lambert, or United States District Judge George B. Daniels, BANA will not consider your claim that, perhaps, the originator of the wire instructions misidentified the intended beneficiary. Accordingly, BANA will not release the

ZEICHNER ELLMAN & KRAUSE LLP

Heather J. Forgey, Esq.
March 25, 2008
Page 2


restraint. Consistent with this, we also admonish you to refrain from further and frivolous efforts designed to intimidate BANA.

Please telephone me if you would like to discuss this matter.


Sincerely,

Barry J. Glickman

BJG:jd

cc:     Leroy Lambert, Esq. (by e-mail)

# EXHIBIT 13

**Lambert, LeRoy**

| | |
|---|---|
| **From:** | Edward Radzik [eradzik@mcdermottradzik.com] |
| **Sent:** | Tuesday, March 25, 2008 3:16 PM |
| **To:** | Lambert, LeRoy |
| **Cc:** | julie.bedard@skadden.com |
| **Subject:** | RE: Mansel Oil v. Swift Aviation |

**Sensitivity:**    Confidential

Dear LeRoy:

Thank you for your e-mail message of March 24th in this matter.

1)    Per the Affidavit of J. Kevin Burdette in support of the motion to vacate the attachment, Swift Air does claim sole entitlement to the attached EFT.

2)    Swift Air does not intend to participate in any discovery in view of its restricted appearance to vacate the attachment pursuant to Rule E(8).

We have not heard yet from Judge Daniels' Chambers confirming the Rule E(4)(f) hearing, but will contact you in this regard as soon as the date and time have been set by the Court.

Sincerely,


Edward C. Radzik


Edward C. Radzik

McDermott & Radzik, LLP

Wall Street Plaza

88 Pine Street

New York, NY  10005-1801

(212) 376-6439

Fax:  (212) 376-6488

---

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER TO THE INTENDED

# EXHIBIT 14

**Lambert, LeRoy**

| | |
|---|---|
| **From:** | Bedard, Julie [Julie.Bedard@skadden.com] |
| **Sent:** | Wednesday, March 26, 2008 10:48 AM |
| **To:** | Lambert, LeRoy |
| **Cc:** | Edward Radzik |
| **Subject:** | RE: Mansel Oil v. Swift Aviation |

**Sensitivity:**    Confidential

Good morning Mr. Lambert:

Thank you for copying me on your correspondence with Mr. Radzik.

Swift Aviation Group Inc. has no entitlement to the funds that apparently were wired by Elite Air Ltd through Bank of America to Swift Air LLC and otherwise has no involvement with the electronic transfer of funds in question.

Best regards,

Julie Bédard

Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square | New York | 10036-6522
T: 212.735.3236 | F: 917.777.3236
julie.bedard@skadden.com

-----Original Message-----
From: Edward Radzik [mailto:eradzik@mcdermottradzik.com]
Sent: Tuesday, March 25, 2008 3:16 PM
To: Lambert, LeRoy
Cc: Bedard, Julie (NYC)
Subject: RE: Mansel Oil v. Swift Aviation
Sensitivity: Confidential

Dear LeRoy:

     Thank you for your e-mail message of March 24th in this matter.

     1)     Per the Affidavit of J. Kevin Burdette in support of the motion to vacate the attachment, Swift Air does claim sole entitlement to the attached EFT.

     2)     Swift Air does not intend to participate in any discovery in view of its restricted appearance to vacate the attachment pursuant to Rule E(8).

     We have not heard yet from Judge Daniels' Chambers confirming the Rule E(4)(f) hearing, but will contact you in this regard as soon as the date and time have been set by the Court.

                    Sincerely,


                    Edward C. Radzik

1

# EXHIBIT 15

## Arizona Corporation Commission
**03/27/2008**                  State of Arizona Public Access System                  6:11 AM

### Jump To...

Annual Reports    Scanned Documents    Amendments    Administrative Dissolutions and Reinstatements    Microfilm

| Corporate Inquiry | |
|---|---|
| **File Number: -0074408-5** | Check Corporate Status |
| **Corp. Name: SWIFT TRANSPORTATION CO., INC.** | |

### Domestic Address

| |
|---|
| 2200 S. 75TH AVENUE |
| PHOENIX, AZ 85043 |

### Statutory Agent Information

| |
|---|
| **Agent Name:** C T CORPORATION SYSTEM |
| |
| **Agent Mailing/Physical Address:** |
| 2394 E CAMELBACK RD |
| PHOENIX, AZ 85016 |
| |
| **Agent Status:** APPOINTED 01/26/2007 |
| **Agent Last Updated:** 01/30/2007 |

### Additional Corporate Information

| | |
|---|---|
| **Corporation Type:** PROFIT | **Business Type:** TRANSPORTATION |
| **Incorporation Date:** 10/28/1968 | **Corporate Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 10/28/1968 | **Original Publish Date:** 12/10/1968 |

### Officer Information

| | |
|---|---|
| VIRGINIA HENKELS<br>OTHER OFFICER<br>2200 SOUTH 75TH AVENUE<br>PHOENIX,AZ  85043 | BRYAN SCHUMAKER<br>OTHER OFFICER<br>2200 S. 75TH AVENUE<br>PHOENIX,AZ  85043 |

| Date of Taking Office: 05/11/2007 | Date of Taking Office: 05/11/2007 |
| Last Updated: 03/10/2008 | Last Updated: 03/10/2008 |
| LOWELL GRIFFIN<br>OTHER OFFICER<br>2200 S. 75TH AVENUE<br>PHOENIX,AZ  85043 | STAN RIDEOUT<br>SECRETARY<br>2200 SOUTH 75TH AVENUE<br>PHOENIX,AZ  85043 |
| Date of Taking Office: 05/11/2007 | Date of Taking Office: 01/02/2008 |
| Last Updated: 03/10/2008 | Last Updated: 03/10/2008 |

## Director Information

| JERRY MOYES<br>DIRECTOR<br>2200 SOUTH 75TH AVENUE<br>PHOENIX,AZ  85043<br>**Date of Taking Office:** 05/10/2007<br>**Last Updated:** 03/10/2008 | |

## Annual Reports

| Next Annual Report<br>Due: 04/28/2009 | E-FILE An Annual Report Online  << Click Here |
| --- | --- |

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

| File<br>Year | File<br>Month | Date<br>Received | Reason Returned | Date Returned | Extension |
| --- | --- | --- | --- | --- | --- |
| 2008 | 04 | 03/10/2008 | | | |
| 2007 | 04 | 04/12/2007 | | | |
| 2006 | 04 | 04/27/2006 | | | |
| 2005 | 04 | 04/29/2005 | | | |
| 2004 | 04 | 04/16/2004 | | | |
| 2003 | 04 | 05/30/2003 | | | |
| 2002 | 04 | 03/20/2002 | | | |
| 2001 | 04 | 03/02/2001 | | | |
| 2000 | 04 | 04/12/2000 | | | |
| 1999 | 04 | 01/24/2000 | | | |
| 1998 | 04 | 10/19/1998 | | | |
| 1996 | 12 | 10/17/1997 | | | 10/28/1998 |
| 1995 | 12 | 05/21/1996 | | | 10/15/1997 |
| 1994 | 12 | 04/18/1995 | | | |
| 1993 | 12 | 04/18/1994 | | | |

| 1992 | 12 | 05/06/1993 | | | |
|------|----|-----------|--|--|--|
| 1991 | 12 | 04/09/1992 | | | |
| 1990 | 12 | 06/27/1991 | | | |
| 1989 | 12 | 04/11/1990 | | | |
| 1988 | 12 | 04/12/1989 | | | |
| 1987 | 12 | 03/31/1988 | | | |

<u>Back To Top</u>

## Scanned Documents
### (Click on gray button to view document)

| Document Number | Description | Date Received |
|-----------------|-------------|---------------|
| -00008719 | 95 ANNUAL REPORT | 05/21/1996 |
| -00133347 | 96 ANNUAL REPORT | 10/17/1997 |
| -00280250 | 98 ANNUAL REPORT | 10/19/1998 |
| 00102657 | 99 ANNUAL REPORT | 01/24/2000 |
| 00139217 | 00 ANNUAL REPORT | 04/12/2000 |
| 00272030 | 01 ANNUAL REPORT | 03/02/2001 |
| 00462830 | 02 ANNUAL REPORT | 03/20/2002 |
| 00658194 | AGENT APPOINTMENT/CORP ADDR CHG | 02/19/2003 |
| 00715148 | 03 ANNUAL REPORT | 05/30/2003 |
| 00918852 | 04 ANNUAL REPORT | 04/16/2004 |
| 01194314 | 05 ANNUAL REPORT | 04/29/2005 |
| 01291178 | AGENT ADDRESS CHANGE | 06/28/2005 |
| 01531070 | 06 ANNUAL REPORT | 04/27/2006 |
| 01854930 | AGENT APPOINTMENT | 01/26/2007 |
| 01972542 | 07 ANNUAL REPORT | 04/12/2007 |
| 02346136 | 08 ANNUAL REPORT | 03/10/2008 |

<u>Back To Top</u>

## Amendments

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
|----------------|----------------|--------------|-------------------|

| 04/18/1990 | NAME CHANGE | | 06/29/1990 | |
| 12/20/1974 | AMENDMENT | | | |

<u>Back To Top</u>

## Administrative Dissolutions and Reinstatements

**(Click on gray button - if present - to view notice)**

| Administrative Dissolution Date | Administrative Dissolution Reason | Reinstatement Date |
|---|---|---|
| 08/10/1981 | | 09/01/1981 |
| 12/20/1971 | | 04/28/1972 |

<u>Back To Top</u>

## Name Changes / Mergers

| Description | Corporation Name | Date |
|---|---|---|
| CHANGED FROM | SWIFT TRANSPORTATION COMPANY, INC. | 04/18/1990 |
| MERGED FROM | B AND C TRUCK LEASING, INC. | 12/20/1974 |

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 10024020035 | 04/18/1983 | 12/82 ANNUAL REPORT |
| 10088002033 | 04/16/1984 | 83 ANNUAL REPORT |
| 10155011021 | 04/15/1985 | 84 ANNUAL REPORT |
| 10174025020 | 07/05/1985 | AGENT APPOINTMENT |
| 10244028025 | 07/30/1986 | 85 ANNUAL REPORT |
| 10307015028 | 06/05/1987 | 86 ANNUAL REPORT |
| 10367017022 | 03/31/1988 | 87 ANNUAL REPORT |
| 10452002022 | 04/12/1989 | 88 ANNUAL REPORT |
| 10541026026 | 04/11/1990 | 89 ANNUAL REPORT |
| 10529018016 | 04/18/1990 | AMENDMENT |
| 20100089031 | 06/29/1990 | PUBLICATION OF AMENDMENT |
| 10624004031 | 06/27/1991 | 90 ANNUAL REPORT |
| 10690002033 | 04/09/1992 | 91 ANNUAL REPORT |
| 10777010010 | 05/06/1993 | 92 ANNUAL REPORT |

| 10853027016 | 04/18/1994 | 93 ANNUAL REPORT |
|---|---|---|
| 10947032011 | 04/18/1995 | 94 ANNUAL REPORT |
| 11029022012 | 05/21/1996 | 95 ANNUAL REPORT |
| 20210006025 | 04/16/1997 | EXTENSION/FISCAL CHANGE |
| 11170014005 | 07/02/1997 | 96 ANNUAL REPORT |
| 20222043022 | 04/17/1998 | 97 EXTENSION |
| 31523001814 | 10/19/1998 | 98 ANNUAL REPORT |
| 31563000450 | 01/24/2000 | 99 ANNUAL REPORT |
| 31574002618 | 04/12/2000 | 00 ANNUAL REPORT |
| 31609001137 | 03/02/2001 | 01 ANNUAL REPORT |
| 31657001349 | 03/20/2002 | 02 ANNUAL REPORT |
| 31701003271 | 02/19/2003 | AGENT APPOINTMENT/CORP ADDR CHG |
| 31729000533 | 05/30/2003 | 03 ANNUAL REPORT |
| 31804000502 | 04/16/2004 | 04 ANNUAL REPORT |
| 31876000553 | 04/29/2005 | 05 ANNUAL REPORT |
| 31886003140 | 06/28/2005 | AGENT ADDRESS CHANGE |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**

# EXHIBIT 16

## Lambert, LeRoy

| | |
|---|---|
| **From:** | Swanson, Sarah L -Legal [sarah.l.swanson@bankofamerica.com] |
| **Sent:** | Tuesday, March 25, 2008 12:48 PM |
| **To:** | Lambert, LeRoy |
| **Cc:** | Mitchell, Neal; Heather Forgey; julie.bedard@skadden.com; eradzik@mcdermottradzik.com; Swanson, Sarah L -Legal |
| **Subject:** | RE: Mansel Oil v. Swift Aviation |
| **Sensitivity:** | Confidential |
| **Attachments:** | Swanson, Sarah L.vcf |

Dear Mr. Lambert,

Pursuant to your request, the detailed wire transcript regarding transaction # trn_217418.txt TRN# 20080215-00217418 in the amount of USD 118,136.00 regarding COURT ORDER-SWIFT AVIATION GROUP is as follows:

-----Original Message-----

From: Swanson, Sarah L -Legal

Sent: Friday, February 15, 2008

To:

Cc:

Subject: RE: trn_217418.txt TRN# 20080215-00217418 USD 118,136.00 COURT ORDER-SWIFT AVIATION GROUP

To All,

Per Barry's office a PMAG was received on this matter. Additionally, Plaintiff's counsel, Mr. Lambert of Blank Rome desires to interfere with these funds. Thus you must freeze the monies.

Kindly provide a response email confirming the funds have been placed in the Maritime Holding Account.

Have a nice day,

Sarah

Mail Code: NC1-002-29-01

Phone: 704.386.9334

Fax: 704.719.8478

-----Original Message-----

From:

3/27/2008

Sent: Friday, February 15, 2008

To: Swanson, Sarah L -Legal

Cc:

Subject: RE: trn_217418.txt TRN# 20080215-00217418 USD 118,136.00 COURT ORDER-SWIFT AVIATION GROUP

.

< < < AIX VERSION 1.2 > > >

RCVD FROM CANADIAN IMPERIAL BANK OF COMMERCE595 BAY ST. SUITE 700 SENDER'S DDA #

*** Message: NOT TESTED. ***

TRN REF #: 20080215-00217418

-------------------------------------------------------------------------------

**** MESSAGE ENVELOPE **** ( Bank : NYK )

SND DATE: 08/02/15

SRC:SWF CALLER: EXT:

RPT# AMT:118,136.00 CUR:USD TRDR#

TEST: {} DUE: TYP:FTR/1000 FNDS:S CHG:DB:N CD:N COM:C CBL:N

-------------------------------------------------------------------------------

DBT D/ / CDT *A/ ADV:FED

DEBIT VAL: 08/02/15 CREDIT VAL: 08/02/15

CANADIAN IMPERIAL BANK OF COMMERCE NATIONAL CITY BANK

595 BAY STREET, SUITE 700 KALAMAZOO, MI

TORONTO, CANADA

SEND:S/ BNF:/ GENERAL LE CHG:B BK?N

CANADIAN IMPERIAL BANK OF COMMERCE DGER ACCT.

595 BAY ST. SUITE 700 SWIFT AVIATION GROUP

TORONTO, CANADA 2406 SOUTH 24TH ST.

SNDR REF NUM:1278899 PHOENIX AZ US 85034

ORDERING BNK:S/ ORIG TO BNF INFO:

CANADIAN IMPERIAL BANK OF COMMERCE PORTLAND 13 18 FEBRAURY 08

PAYMENT CENTRE, SUITE 700:

595, BAY STREET

TORONTO,CA

ORIG:/

ELITEJET LTD.

174 SCARBOROUGH RD

TORONTO ON CA M4E 3M6

{1: }

{2: }

SWIFT Message Text

Output time: 14:19 Output sequence number: 940608

S/

BANK OF AMERICA, NA

NEW YORK BRANCH

100 WEST 33RD STREET, 4TH FLOOR

NEW YORK, NEW YORK 10001

Input time: 14:19 Input sequence number: 314955

S/

CANADIAN IMPERIAL BANK OF COMMERCE

595 BAY ST. SUITE 700

TORONTO, CANADA

Swift Checksum:

Single Customer Credit Transfer (TYPE: 103)

:20: /Transaction Reference Number:

1278899

3/27/2008

:23B: /Bank Operation Code:

:32A: /Value Date, Currency, Interbank Settled Amount:

Date: 08/02/15 USD 118,136.00

:33B: /Currency, Instructed Amount:

USD 118,136.00

:50K: /Ordering Customer:

/

ELITEJET LTD.

174 SCARBOROUGH RD

TORONTO ON CA M4E 3M6

:52A: /Ordering Institution:

S/

CANADIAN IMPERIAL BANK OF COMMERCE

PAYMENT CENTRE, SUITE 700:

595, BAY STREET

TORONTO,CA

:57D: /Account With:

//

NATIONAL CITY BANK OF THE MIDWEST

USA

:59: /Beneficiary Customer:

/ GENERAL LEDGER ACCT.

SWIFT AVIATION GROUP

2406 SOUTH 24TH ST.

PHOENIX AZ US 85034

:70: /Remittance Information:

PORTLAND 13 18 FEBRAURY 08

3/27/2008

:71A: /Details of Charges:

BEN

:71F: /Sum of Sender's Charges:

USD 0.00

-}

{5:

{CHK: }}

Sincerely,

*Sarah*

**Sarah L. Swanson, NCCP**
**Paralegal/AVP**
**Bank of America - Legal Department**
**GCIB: GPS & GWIM**
*Maritime*

Phone: 704.386.9334 - (Effective March 08 - area code changing to 980)
Fax: 704.719.8478
Email: sarah.l.swanson@bankofamerica.com

Bank of America

Mail Code: NC1-002-29-01

101 S. Tryon Street - 30th Floor

Charlotte, NC 28255-0001

*This transmission, together with any attachments, is confidential, intended for only the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment, is strictly prohibited.*

*If you have received this message in error, please immediately contact the sender and delete this e-mail and any attachments from your computer. Thank you.*

**From:** Lambert, LeRoy [mailto:llambert@BlankRome.com]
**Sent:** Tuesday, March 25, 2008 8:47 AM
**To:** Swanson, Sarah L -Legal
**Cc:** Mitchell, Neal; Heather Forgey; julie.bedard@skadden.com; eradzik@mcdermottradzik.com
**Subject:** Mansel Oil v. Swift Aviation
**Sensitivity:** Confidential

Dear Sarah,

I refer to your message below of February 15.

Yesterday, a company called Swift Air intervened in the action and contends that it was the beneficiary of the eft described below.   Your email states that the beneficiary was Swift Aviation.

Kindly provide a copy of the remittance details.

Reading in copy are the attorneys for Swift Aviation and Swift Air.  Kindly copy them on your response.

If you require a subpoena, let me know immediately.  The return date for the motion is this Thursday, March 27.


**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Cell: 973-444-2683 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com


---

**From:** Swanson, Sarah L -Legal [mailto:sarah.l.swanson@bankofamerica.com]
**Sent:** Friday, February 15, 2008 5:54 PM
**To:** Lambert, LeRoy
**Cc:** Swanson, Sarah L -Legal
**Subject:** RE: LeRoy Lambert at Blank Rome
**Importance:** High
**Sensitivity:** Confidential

RE: trn_217418.txt  TRN# 20080215-00217418  USD 118,136.00 COURT ORDER-SWIFT AVIATION GROUP

Dear Mr. Lambert,

Pursuant to our phone conversation, kindly note the above wire transaction that BANA is restraining for your firm per the attached WRIT.  Note the funds are for the beneficiary:


SWIFT AVIATION GROUP

2406 SOUTH 24TH ST.

PHOENIX AZ US 85034


Kindly provide a response email confirming you have notified your party defendant accordingly.


*Have a nice day,*

*Sarah*

Mail Code:  NC1-002-29-01
Phone:  704.386.9334


3/27/2008

Fax:  704.719.8478

SPREAD THE SPIRIT! *Have you sent a Bank of America Spirit Celebration Card today?  It is easy to do, just click on the link below:*

*http://spirit.bankofamerica.com/*

*Nomination form can be found at: http://spirit.bankofamerica.com/discovery/legal/2004_Nom_form.doc*

**From:** Lambert, LeRoy [mailto:llambert@BlankRome.com]
**Sent:** Friday, February 15, 2008 5:48 PM
**To:** Swanson, Sarah L -Legal
**Subject:** LeRoy Lambert at Blank Rome

**LeRoy Lambert | Blank Rome LLP**
The Chrysler Building 405 Lexington Avenue | New York, NY 10174-0208
Phone: 212.885.5148 | Fax: 917.332.3838 | Email: LLambert@BlankRome.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message.  If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments.  Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3/27/2008

# EXHIBIT 17

Arizona Corporation Commission

03/27/2008    State of Arizona Public Access System    5:54 AM

### Jump To...

Annual Reports    Scanned Documents    Documents Waiting To Be Examined    Notices of Pending Administrative Dissolution    Microfilm

| Corporate Inquiry | |
|---|---|
| **File Number:** -1121306-9 | Check Corporate Status |
| **Corp. Name:** SWIFT AVIATION GROUP, INC. | |

### Domestic Address

| % GERALD F EHRLICH |
|---|
| 4001 N 3RD ST #400 |
| PHOENIX, AZ 85012 |

### Statutory Agent Information

| Agent Name: GERALD F EHRLICH |
|---|
| |
| **Agent Mailing/Physical Address:** |
| 4001 N 3RD ST #400 |
| PHOENIX, AZ 85012 |
| |
| **Agent Status:** APPOINTED 02/24/2004 |
| **Agent Last Updated:** 05/21/2004 |

### Additional Corporate Information

| Corporation Type: BUSINESS | Business Type: |
|---|---|
| Incorporation Date: 02/24/2004 | Corporate Life Period: PERPETUAL |
| Domicile: ARIZONA | County: MARICOPA |
| Approval Date: 02/24/2004 | Original Publish Date: 04/21/2004 |

### Officer Information

| JERRY MOVES<br>PRESIDENT<br>2710 E OLD TOWER RD | VICKIE MOYES<br>SECRETARY<br>2710 E OLD TOWER RD |
|---|---|

| PHOENIX,AZ  85034 | PHOENIX,AZ  85034 |
|---|---|
| **Date of Taking Office:** 07/27/2005 | **Date of Taking Office:** 02/24/2004 |
| **Last Updated:** 09/05/2007 | **Last Updated:** 04/05/2005 |
| JEFF SHUMWAY<br>TREASURER<br>2710 E OLD TOWER RD<br>PHOENIX,AZ  85034<br>**Date of Taking Office:** 07/27/2005<br>**Last Updated:** 08/23/2005 | |

## Annual Reports

| **Next Annual Report**<br>**Due:** 03/24/2008 | E-FILE An Annual Report Online  << Click Here |
|---|---|

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2007 | 03 | 07/16/2007 | | | |
| 2006 | 03 | 03/06/2006 | | | |
| 2005 | 03 | 02/17/2005 | | | |

Back To Top

## Scanned Documents

### (Click on gray button to view document)

| Document Number | Description | Date Received |
|---|---|---|
| 00922581 | PUB OF ARTICLES | 04/21/2004 |
| 01135246 | 05 ANNUAL REPORT | 02/17/2005 |
| 01301238 | OFFICER/DIRECTOR CHANGE | 08/05/2005 |
| 01316547 | OFFICER/DIRECTOR CHANGE | 08/22/2005 |
| 01497084 | 06 ANNUAL REPORT | 03/06/2006 |
| 02090552 | 07 ANNUAL REPORT | 07/16/2007 |

Back To Top

## Documents Waiting To Be Examined

| Date | Description | Expedited |
|---|---|---|

| Received | | | |
|---|---|---|---|
| 03/07/2008 | 08 ANNUAL REPORT | | No |

Back To Top

## Notices of Pending Administrative Dissolution

**(Click on gray button - if present - to view notice)**

| Date | Reason |
|---|---|
| 06/28/2007 | DELINQUENT ANNUAL REPORT |

Back To Top

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 11641010033 | 02/24/2004 | ARTICLES |
| 31799002954 | 04/21/2004 | PUB OF ARTICLES |
| 31853000199 | 02/17/2005 | 05 ANNUAL REPORT |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**

# EXHIBIT 18



JUL. 16. 2007 1:35PM   LANE & EHRLICH.                    NO. 914   P. 3

**5. CAPITALIZATION** [Business Corporations and Business Trusts are REQUIRED to complete this section.]
Business trusts must indicate the number of transferable certificates held by trustees evidencing their beneficial interest in the trust estate.   **Please print or type clearly.**

-1121306-7

**5a.**   Please examine the corporation's original Articles of Incorporation for the amount of shares authorized.

| Number of Shares/Certificates Authorized | Class | Series Within Class (if any) |
|---|---|---|
| 20,000 | Common | |

**5b.**   Review all corporation amendments to determine if the original number of shares has changed.   Examine the corporation's minutes for the number of shares issued.

| Number of Shares/Certificates Issued | Class | Series Within Class (if any) |
|---|---|---|
| 1,000 | Common | |

**6. SHAREHOLDERS** [Business Corporations and Business Trusts are REQUIRED to complete this section.]
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation.   **Please type or print clearly.**

NONE ☐

Name:  Jerry and Vickie Myres          Name:
       Realty Trust

Name:                                   Name:

Name:                                   Name:

**7. OFFICERS**   Please type or print clearly.  You Must List at Least One.

Name:  Jerry Myres               Name:  Jeff Kennedy

Title:  President                Title:  CFO/VP/Treasurer

Address:  2710 E. Old Tower Road  Address:  2710 E. Old Tower Road
          Phoenix, AZ  85034              Phoenix, AZ  85034

Date taking office:  7/16/2005   Date taking office:  7/16/2005

Name:  Kevin Battelin            Name:  Vickie Myres
Title:  Vice-President           Title:  Secretary

Address:  2710 E. Old Tower Road  Address:  2710 E. Old Tower Road
          Phoenix, AZ  85034              Phoenix, AZ  85034

Date taking office:  2/24/2004   Date taking office:  2/24/2004

**8. DIRECTORS**   Please type or print clearly.  You Must List at Least One.

Name:  Jerry Myres               Name:

Address:  2710 E. Old Tower Road  Address:
          Phoenix, AZ  85034

Date taking office:  2/24/04     Date taking office:

Name:                            Name:

Address:                         Address:

Date taking office:              Date taking office:

FROM JUL. 16. 2007 1:35PM?  LANE & EHRLICH _____ File no. 914 __ P. 4__ Page 3

**8. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.5)**
Nonprofit corporations must attach a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

**9A. MEMBERS (A.R.S. § 10-11622.A.6)**

| Only Nonprofit Corporations must answer this question. | This corporation DOES ☐ DOES NOT ☐ have members. |

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1622.A.9 & 10-11622.A.7)**
Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling more than 10% of the issued and outstanding common shares or 10% of any other proprietary interest or membership interest in the corporation been: [Underlined portion pertains to business corporations only]

1.  Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2.  Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3.  Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
    (a) fraud or registration provisions of the securities laws of that jurisdiction, or
    (b) the consumer fraud laws of that jurisdiction, or
    (c) the antitrust or restraint of trade laws of that jurisdiction?

| One box must be marked: | YES ☐  NO ☒ |

If "YES", the following information must be submitted as an attachment to this report for each person subject to one or more of the actions stated in items 1. through 3. above.

1.  Full name and prior names used.
2.  Full birth name.
3.  Present home address.
4.  Prior addresses (for immediate preceding 7 year period).

5.  Date and location of birth.
6.  Social Security Number
7.  The nature and description of each conviction or judicial action; the date and location; the court and public agency involved; and the file or cause number of the case.

**11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-902.D.2, 10-820.D.2, 10-1622 & 10-11623)**

A) Has the corporation filed a petition for bankruptcy or appointed a receiver?   One box must be marked:  YES ☐ NO ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary interest or membership interest in any other corporation which has been placed in bankruptcy, receivership or had its charter revoked or administratively or judicially dissolved by any state or jurisdiction?

[Underlined portion pertains to business corporations only]   One box must be marked:  YES ☐ NO ☒

If "YES" to A and/or B, the following information must be submitted as an attachment to this report for each person subject to the statement above.
1.  The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2.  The state in which each corporation was a) incorporated b) transacted business.
3.  The dates of corporate operation.
4.  If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5.  Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6.  Name and address of court appointed receiver.

**12. SIGNATURES**  | Annual Reports must be signed and dated by at least one duly authorized officer or they will be rejected. |

I declare, under penalty of law that all corporate income tax returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name _____ Date _____   Name  Kevin Burdette  Date 7/16/2007

Signature _____   Signature _____

Title _____   Title  Vice-President

(Signator(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# EXHIBIT 19

## Arizona Corporation Commission

**03/27/2008**                State of Arizona Public Access System                **5:55 AM**

### Jump To...

| Annual Reports | Scanned Documents | Documents Waiting To Be Examined | Notices of Pending Administrative Dissolution | Microfilm |

| Corporate Inquiry | |
| --- | --- |
| **File Number: -1121315-0** | Check Corporate Status |
| **Corp. Name: SWIFT AVIATION MANAGEMENT, INC.** | |

### Domestic Address

| % GERALD F EHRLICH |
| --- |
| 4001 N 3RD ST #400 |
| PHOENIX, AZ 85012 |

### Statutory Agent Information

| Agent Name: GERALD F EHRLICH |
| --- |
| |
| **Agent Mailing/Physical Address:** |
| 4001 N 3RD ST #400 |
| PHOENIX, AZ 85012 |
| |
| **Agent Status:** APPOINTED 02/24/2004 |
| **Agent Last Updated:** 05/21/2004 |

### Additional Corporate Information

| | |
| --- | --- |
| **Corporation Type:** BUSINESS | **Business Type:** |
| **Incorporation Date:** 02/24/2004 | **Corporate Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 02/24/2004 | **Original Publish Date:** 04/21/2004 |

### Officer Information

| | |
| --- | --- |
| JERRY MOYES<br>PRESIDENT<br>2710 E OLD TOWER RD | VICKIE MOYES<br>SECRETARY<br>2710 E OLD TOWER RD |

```
PHOENIX,AZ  85034                    PHOENIX,AZ  85034
Date of Taking Office: 02/24/2004    Date of Taking Office: 02/24/2004
Last Updated: 04/07/2005             Last Updated: 04/07/2005
```

## Annual Reports

| Next Annual Report Due: 03/24/2008 | E-FILE An Annual Report Online  << Click Here |
|---|---|
| | FORMS For Annual Reports To Be Printed And Mailed  << Click Here |

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2007 | 03 | 07/16/2007 | | | |
| 2006 | 03 | 03/06/2006 | | | |
| 2005 | 03 | 02/22/2005 | | | |

Back To Top

## Scanned Documents

**(Click on gray button to view document)**

| Document Number | Description | Date Received |
|---|---|---|
| 00922580 | PUB OF ARTICLES | 04/21/2004 |
| 01135939 | 05 ANNUAL REPORT | 02/22/2005 |
| 01497085 | 06 ANNUAL REPORT | 03/06/2006 |
| 02090551 | 07 ANNUAL REPORT | 07/16/2007 |

Back To Top

## Documents Waiting To Be Examined

| Date Received | Description | Expedited |
|---|---|---|
| 03/07/2008 | 08 ANNUAL REPORT | No |

Back To Top

## Notices of Pending Administrative Dissolution

**(Click on gray button - if present - to view notice)**

| Date | Reason |
|------|--------|
| 06/28/2007 | DELINQUENT ANNUAL REPORT |

Back To Top

## Microfilm

| Location | Date Received | Description |
|----------|---------------|-------------|
| 11641010034 | 02/24/2004 | ARTICLES |
| 31799002953 | 04/21/2004 | PUB OF ARTICLES |
| 31853001724 | 02/22/2005 | 05 ANNUAL REPORT |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **Return to STARPAS Main Menu**
- **Return to A.C.C. Corporations Division Main Page**
- **Return to Arizona Corporation Commission Home Page**

# EXHIBIT 20

900200.00001/6536029v.1



JUL. 16. 2007  1:34PM    LANE & EHRLICH, INC.                    NO. 915   P. 3/4
Page 2

**5. CAPITALIZATION:** [ Business Corp. —re and Business Trusts are REQUIRED to complete this section.]
Business trusts  must indicate the number of transferable certificate held by trustee evidencing their beneficial interest in the trust estate.  **Please print or type clearly.**                -1121515-0

**5a.**    Please examine the corporation's original Articles of Incorporation for the amount of shares authorized.

| Number of Shares/Certificates Authorized | Class | Series Within Class (if any) |
|---|---|---|
| 50,000 | Common | |

**5b.**  · Review all corporation amendments to determine if the original number of shares has changed.  Examine the corporation's minutes for the number of shares issued.

| Number of Shares/Certificates Issued | Class | Series Within Class (if any) |
|---|---|---|
| 100 | Common | |

**6. SHAREHOLDERS:** [ Business Corporations and Business Trusts are REQUIRED to complete this section.]
List shareholders holding more than 20% of any class of shares issued by the corporation, or having more than a 20% beneficial interest in the corporation. **Please type or print clearly.**

NONE ☐

| Name: _Vickie Anterline Gatley Troy_ | Name: |
|---|---|
| Name: | Name: |

**7. OFFICERS:  Please type or print clearly.  You Must List at Least One.**

| Name: _Terry Myers_ | Name: _Karin Burdette_ |
|---|---|
| Title: _President_ | Title: _V/Treasurer_ |
| Address: _2710 E. Old Tower Road_ | Address: _2710 E. Old Tower Road_ |
| _Phoenix, AZ 85034_ | _Phoenix, AZ 85034_ |
| Date taking office: _2/24/2004_ | Date taking office: _2/24/2004_ |

| Name: _Vickie Myers_ | Name: |
|---|---|
| Title: _Secretary_ | Title: |
| Address: _2710 E. Old Tower Road_ | Address: |
| _Phoenix, AZ 85034_ | |
| Date taking office: _2/24/2004_ | Date taking office: |

**8. DIRECTORS:  Please type or print clearly.  You Must List at Least One.**

| Name: _Terry Myers_ | Name: |
|---|---|
| Address: _2710 E. Old Tower Road_ | Address: |
| _Phoenix, AZ 85034_ | |
| Date taking office: _2/24/2004_ | Date taking office: |

| Name: | Name: |
|---|---|
| Address: | Address: |
| Date taking office: | Date taking office: |

Please JUL. 16, 2007 a 1:36PM   LANE & EHRLICH   Fax no.NO. 915   P. 6/4, Page 3

**9. FINANCIAL DISCLOSURE (A.R.S. §10-11622.A.8)**
Nonprofit corporations must attach a financial statement (e.g. income/expense statement, balance sheet including assets, liabilities). All other forms of corporations are exempt from filing a financial disclosure.

**9A. MEMBERS (A.R.S. § 10-11622.A.8)**
☐ Only Nonprofit Corporations must answer this question.   This corporation DOES ☐ DOES NOT ☐ have members.

**10. CERTIFICATE OF DISCLOSURE (A.R.S. §§10-1822.A.5 & 10-11622.A.7)**
Has ANY person serving either by election or appointment as an officer, director, trustee, incorporator and/or person controlling or holding more than 10% of the issued and outstanding common shares or 10% of any other proprietary, beneficial or membership interest in the corporation been: (Underlined portion pertains to business corporations only)

1. Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven year period immediately preceding the execution of this certificate?
2. Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven year period immediately preceding execution of this certificate?
3. Or are subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding execution of this certificate where such injunction, judgment, decree or permanent order involved the violation of:
   (a) fraud or registration provisions of the securities laws of that jurisdiction; or
   (b) the consumer fraud laws of that jurisdiction; or
   (c) the antitrust or restraint of trade laws of that jurisdiction?

One box **must** be marked:   YES ☐   NO ☒

If "YES", the following information **must be submitted** as an attachment to this report for each person subject to one or more of the actions stated in items 1. through 3. above.

1. Full name and prior names used.
2. Full birth name.
3. Present home address.
4. Prior addresses (for immediate preceding 7 year period).

5. Date and location of birth.
6. Social Security Number.
7. The nature and description of each conviction or judicial action, the date and location, the court and public agency involved, and the file or cause number of the case.

**11. STATEMENT OF BANKRUPTCY, RECEIVERSHIP or CHARTER REVOCATION (A.R.S. §§10-202.D.2, 10-9902.D.2, 10-1622 & 10-11622)**

A) Has the corporation filed a petition for bankruptcy or appointed a receiver?   One box **must** be marked:   YES ☐   NO ☒

B) Has any person serving as an officer, director, trustee or incorporator of the corporation served in any such capacity OR held or controlled over 20% of the issued and outstanding common shares, or 20% of any other proprietary, beneficial or membership interest in any other corporation which has been placed in bankruptcy, receivership or had its charter revoked, or administratively or judicially dissolved by any state or jurisdiction?
[Underlined portion pertains to business corporations only]   One box **must** be marked:   YES ☐   NO ☒

If "YES" to A and/or B, the following information **must be submitted** as an attachment to this report for each person subject to the statement stated above.
1. The names and addresses of each corporation and the person or persons involved. (e.g. officer, director, trustee or major stockholder)
2. The state in which each corporation was or incorporated in transacted business.
3. The date of corporate operation.
4. If any involved person (listed in #1) has been involved in any other bankruptcy proceeding within the past year, the name and address of each corporation.
5. Date, Case number and Court where the bankruptcy was filed or receiver appointed.
6. Name and address of court appointed receiver.

**12. SIGNATURES:   Annual Reports must be signed and dated by at least one duly authorized Officer or they will be rejected.**

I declare, under penalty of law that all corporate taxes or the returns required by Title 43 of the Arizona Revised Statutes have been filed with the Arizona Department of Revenue. I further declare under penalty of law that I (we) have examined this report and the certificate, including any attachments, and to the best of my (our) knowledge and belief they are true, correct and complete.

Name_____ Date_____   Name  **Kevin Burkette**   Date  **7/14/2007**

Signature_____   Signature  _____

Title_____   Title   **Vice-President**
(Signature(s) must be duly authorized corporate officer(s) listed in section 7 of this report.)

# EXHIBIT 21

Case 1:08-cv-01086-GBD   Document 15-23   Filed 03/28/2008   Page 2 of 2
Case 1:08-cv-01086-GBD   Document 11   Filed 03/24/2008   Page 96 of 98

03/14/2008 14:12 FAX   248 901 2498     NAT'L CITY EMERGING MARK                    ☒010/012

**Certified Copy of Resolution or Authorization For Establishing Deposit Escrow Accounts**

by

_____Swift Air, LLC_____, (the, "Company")

☐  a corporation       ☑  a limited liability company

☐  a partnership       ☐  a limited liability partnership
which is incorporated/organized/formed in the state of _____

or ☐  a sole proprietorship under a trade or assumed name registered in the state of ____
_____(Go directly to the Exception Certificate on the next page.)

The persons whose signatures appear below on this page, or any one of them, (each, an "Authorized Signer") shall:

1.    ESTABLISH DEPOSITORY ESCROW ACCOUNTS from time to time with National City Bank ("Bank") to hold funds received by this Company for the benefit of third parties in connection with travel services offered, coordinated or arranged by this Company.

2.    NEGOTIATE AND EXECUTE such escrow agreements and related documents prepared by the Bank between or among this Company, the Bank and such third parties as deemed necessary by the Bank with such changes therein as approved by the Authorized Signer. The approval of such changes shall be conclusively evidenced by such Authorized Signer's execution thereof.

3.    APPOINT PERSONS authorized to direct the transfer of available funds payable to the Company and to confirm the dollar amount that should be released to third parties under any escrow agreement (each, an "Authorized Money Transfer Agent") by delivery of an Appointment of Money Transfer Agents. The Bank is authorized to rely upon the orders of any Authorized Money Transfer Agent whether payable to the order or deposited into the account of any Authorized Money Transfer Agent or any other person or legal entity.

4.    This Resolution or Authorization, adopted as of _____, 200__, is retroactive, and any acts referred to which were performed prior to the adoption of this Authorization are ratified and affirmed.

Each of the Authorized Signers certifies that this Company is:

☑  a limited liability company and all Members have signed below and on the next page

☐  either a partnership or limited partnership and all general partners have signed below and on the next page

☐  a corporation and the Secretary has signed the certification on the next page.

☐  a limited liability company with only one member. Member must sign Exception Certificate on the next page

Signature _____          Signature _____

Name and title ___ Swift Aviation Group      Name and title _____

Signature _____          Signature _____

Name and title _____              Name and title _____

Remaining Members or Partners who are not Authorized Signers must sign on the next page.

# EXHIBIT 22

London EC4M 8SH
Telephone +44 (0)20 7329 4422
Fax +44 (0)20 7329 7100
DX No. 64 Chancery Lane
www.shlegal.com

**sh**

**STEPHENSON HARWOOD**

**FAX**

| To | Swift Aviation Group<br>Attn: J Kevin Burdette | At fax number | 001 602 264 5006 |
|---|---|---|---|
| | Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>Attn: John L Gardiner /  Julie Bédard | | 001 212 735 2000 |
| From | Rovine Chandrasekera<br>Direct fax 020 7003 8507 | Our ref | 979/45-03151 |
| Pages (inc) | 1 | Date | 26 March 2008 |

Dear Sirs

**MV "OVERSEAS LIMAR" - charterparty dated 11 July 2007 between Mansel Oil Limited and Swift Aviation Group Inc ("Swift"), (the "Charterparty")**

We refer to recent correspondence and our letter of 16 January.  Unfortunately Swift have failed to pay sums due under the Charterparty.

Therefore pursuant to clause 10 of the additional clauses to the Charterparty, our client hereby elects to resolve the current dispute by arbitration in London according to English law.

We hereby formally notify you that our clients have commenced arbitration proceedings against your clients by appointing Mr Michael Baker-Harber (details below) as their arbitrator.  As per the Charterparty, we now call on Swift to appoint their arbitrator and notify us of that appointment within 14 days.

Mr Baker-Harber's details are as follows:

14 Cheyne Gardens        Tel:    020 7351 1328
London                   Fax:    020 7351 1623
SW3 5QT                   Email:  mbh@mbharb.fsnet.co.uk

Yours faithfully

STEPHENSON HARWOOD

**CONFIDENTIALITY NOTICE**

The information contained in this transmission is confidential. It may also be legally privileged. It is intended only for the addressee(s) stated above.
If you are not an addressee you should not disclose, copy, circulate or in any other way use the information contained in this transmission.
Such unauthorised use may be unlawful. If you have received this transmission in error, please telephone us immediately so that we can arrange for its return.

PAGE 1

IF ALL THE PAGES ARE NOT SATISFACTORILY RECEIVED PLEASE TELEPHONE +44 (0)20 7329 4422

The partners in the firm are solicitors or registered foreign lawyers.

\LONLIVE\6518949.1   A list of names of the partners and their professional qualifications is open for inspection at the above address.

# EXHIBIT 23

London EC4M 8SH
Tel +44 (0)20 7329 4422
Fax +44 (0)20 7329 7100
DX No. 64 Chancery Lane
www.shlegal.com

**STEPHENSON HARWOOD**

## FAX

| | | | |
|---|---|---|---|
| To | Swift Aviation Group<br>Attn: J Kevin Burdette | At fax number | 001 602 264 5006 |
| | Skadden, Arps, Slate, Meagher &<br>Flom LLP<br>Attn: John L Gardiner /  Julie Bédard | | 001 212 735 2000 |
| From | Rovine Chandrasekera<br>Direct fax 020 7003 8507 | Our ref | 979/46-02883 |
| Pages (inc) | 1 | Date | 26 March 2008 |

Dear Sirs

**MT "TORM SOFIA"– charterparty dated 23 August 2007 between Mansel Oil Limited and Swift Aviation Group Inc ("Swift"), (the "Charterparty")**

We refer to recent correspondence and our letter of 16 January.  Unfortunately Swift have failed to pay sums due under the Charterparty.

Therefore pursuant to clause 10 of the additional clauses to the Charterparty, our client hereby elects to resolve the current dispute by arbitration in London according to English law.

We hereby formally notify you that our clients have commenced arbitration proceedings against your clients by appointing Mr Michael Baker-Harber (details below) as their arbitrator. As per the Charterparty, we now call on Swift to appoint their arbitrator and notify us of that appointment within 14 days.

Mr Baker-Harber's details are as follows:

14 Cheyne Gardens      Tel:    020 7351 1328
London                 Fax:   020 7351 1623
SW3 5QT                Email: mbh@mbharb.fsnet.co.uk

Yours faithfully

**STEPHENSON HARWOOD**

**CONFIDENTIALITY NOTICE**

The information contained in this transmission is confidential. It may also be legally privileged. It is intended only for the addressee(s) stated above.
If you are not an addressee you should not disclose, copy, circulate or in any other way use the information contained in this transmission.
Such unauthorised use may be unlawful. If you have received this transmission in error, please telephone us immediately so that we can arrange for its return.

PAGE 1

·  IF ALL THE PAGES ARE NOT SATISFACTORILY RECEIVED PLEASE TELEPHONE +44 (0)20 7329 4422   ·

The partners in the firm are solicitors or registered foreign lawyers.

\LONLIVE\6518810.1   A list of names of the partners and their professional qualifications is open for inspection at the above address.