# AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

Patricia A. Frattini, being duly sworn, deposes and says:

1. I am employed by the firm of McDERMOTT & RADZIK, LLP, attorneys for the Intervenor, Swift Air, LLC. I am not a party to this action, am over 18 years of age.

2. On April 1, 2008, I served the annexed **Reply Memorandum of Law in Support of Swift Air, LLC's Motion to Vacation Plaintiff's Attachment** and **Supplemental Affidavit of J. Kevin Burdette** upon the following:

> BLANK ROME LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York, NY 10174-0208
> **Attention**: LeRoy Lambert, Esq. (llambert@BlankRome.com)
>
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> Four Times Square
> New York, NY 10036-6522
> **Attention**: Julie Bédard, Esq. (Julie.Bedard@skadden.com)

at the addresses designated by said attorneys for that purpose, by e-mailing true copies of same.

_____
Patricia A. Frattini

Sworn to before me this
2nd day of April, 2008

_____
Notary Public

LORI J. QUINN
Notary Public, State of New York
No. 01QU5062709
Qualified in Nassau County
Commission Expires July 1, 20__