UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MANSEL OIL, LTD.,

                    Plaintiff,

    -against-

SWIFT AVIATION GROUP, INC., et al.,

                    Defendants.

------------------------------------x

08 CV 1086 (GBD)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 07 2008

GEORGE B. DANIELS, District Judge:

    Intervenor Swift Air, LLC's motion to vacate the attachment of the $118,136.00 EFT sent by Elite Air, Ltd., to the National City Bank account of Swift Air, LLC, is GRANTED.

    Bank of America is hereby ordered to immediately release the restrained funds.

Dated: April 4, 2008
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge