**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MANSEL OIL, LTD.,

                    Plaintiff,

          -against-

SWIFT AVIATION GROUP, INC., et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

08 CV 1086 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

Plaintiff's application for an order to show cause why plaintiff should not be granted

leave to file an amended complaint; an amended order of attachment; and an order deeming any

funds presently attached under the Court's prior order of February 5, 2008, as being attached

pursuant to the amended order, is DENIED.

Dated: April 4, 2008
       New York, New York

                              SO ORDERED:

                              _George B Daniel_
                              GEORGE B. DANIELS
                              United States District Judge