BLANK ROME LLP
Attorneys for Plaintiff
MANSEL OIL LIMITED
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| MANSEL OIL LIMITED, | |
|---|---|
| Plaintiff, | 08 Civ. 1086 (GBD) |
| -against- | NOTICE OF MOTION IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; TO ISSUE AMENDED ORDER OF ATTACHMENT; AND TO ATTACH THE FUNDS PRESENTLY ATTACHED PURSUANT TO THE AMENDED ORDER |
| SWIFT AVIATION GROUP, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that upon the annexed Affidavit of LeRoy Lambert ("Lambert Aff."), accompanying Memorandum of Law, and the pleadings and proceedings heretofore had herein, Plaintiff will move this Court in Courtroom 16D located at 500 Pearl Street, New York, New York on the 28th day of April 2008, for Orders granting the following relief:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting Plaintiff leave to file the Verified Amended Complaint in the form annexed as Exhibit A to the Lambert Affidavit;

2. Pursuant to Supplemental Rule B for Admiralty or Maritime Claims, amending the Order of Attachment previously issued by this Court on February 5, 2008 in the amount of $750,000, in the form annexed as Exhibit C to the Lambert Affidavit; and

3. Pursuant to the holdings and reasoning of *Tide Line, Inc. v. Easttrade*

129053.00601/6629578v.1

*Commodities, Inc.*, 2006 U.S. Dist LEXIS 95870 (August 15, 2006), *Tide Line, Inc. v. Easttrade Commodities, Inc.*, 2006 U.S. Dist LEXIS 60770 (August 25, 2006), and *Phoenix Bulk Carriers Ltd v. Unicarbon Ltd.*, No. 07 Civ. 10404 (RMB) (S.D.N.Y. February 13, 2008), ordering that any funds presently restrained pursuant to the February 5 Order and any other amounts which may be restrained between now and the time this motion is decided, which have been shall be, and remain attached pending the outcome of this motion and thereafter pursuant to the Amended Order.

    Opposition to this motion, if any, shall be made on or before April 21, 2008.

    Papers in reply are to be filed on or before April 28, 2008.

Dated: New York, NY
       April 7, 2008

                                       BLANK ROME, LLP
                                       Attorneys for Plaintiff

                                       By _____
                                           LeRoy Lambert (LL-3519)
                                       The Chrysler Building
                                       405 Lexington Avenue
                                       New York, NY 10174-0208
                                       (212) 885-5000

To:    Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        Attention: John Gardiner/Julie Bédard

        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street
        New York, NY 10005-1801
        Attention: Edward C. Radzik

129053.00601/6629578v.1