

Phone: 212-885-5148
Fax: 917-332-3840
Email: llambert@blankrome.com

April 9, 2008

**By Fax (212) 805-6737**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

      Re:   Mansel Oil Limited v. Swift Aviation Group, Inc.
            08 CV 1086 (GBD)
            Our Ref.: 129053-00601

Dear Judge Daniels:

    This firm represents Plaintiff Mansel Oil Limited in the above matter.

    I am pleased to attach a stipulation signed by Plaintiff, Defendant Swift Aviation Group, Inc., and Intervenor Swift Air, LLC which resolves the disputes concerning 1) the attachment of $118,136 at Bank of America which was the subject of Swift Air's motion to vacate and 2) the attachment on April 4 of $49,300 which had not yet become the subject of a motion.

    The stipulation renders moot the request made in my letter to the Court of April 4 that the Court reconsider its Order of April 4 vacating the attachment of $118,136.

    Otherwise, the stipulation does not affect the Court's Attachment Order of February 5 or Plaintiff's pending motion for leave to file an amended complaint and other relief.

    With the attachments, the length of this fax exceeds the Court's page limit. The parties respectfully request that the Court accept this fax in the circumstances of this matter.

    If the Stipulation is acceptable to the Court, we ask that the Court "so order" and deliver to the Clerk for filing and entry. Once it is entered, Mr. Radzik will serve it on the Garnishee banks so that the funds will be released.

We are of course at the Court's disposal to answer any questions the Court may have. Otherwise, we thank the Court for its attention and action upon this request.

Respectfully submitted,

LeRoy Lambert

LRL/cn

cc: **By Email**
Skadden, Arps, Slate, Meagher & Flom LLP
Attention:   Julie Bédard (julie.bedard@skadden.com)

McDermott & Radzik, LLP
Attention:  Edward C. Radzik (eradzik@McDermottRadzik.com)

BLANK ROME LLP
Attorneys for Plaintiff
MANSEL OIL LIMITED
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANSEL OIL LIMITED,

    Plaintiff,

-against-

SWIFT AVIATION GROUP, INC.,

    Defendant.

08 Civ. 1086 (GBD)

**STIPULATION AND ORDER DIRECTING RELEASE OF CERTAIN ATTACHED FUNDS**

---

It is hereby STIPULATED, AGREED, AND ORDERED that pursuant to Supplemental Rule E(5)(c) for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, on consent of the parties and Intervenor Swift Air LLC, the two electronic funds transfers described below (the "Two EFT's") shall be released, with immediate effect, and without regard to the ten-day automatic stay of Rule 62(a) of the Federal Rules of Civil Procedure:

1. An electronic funds transfer in the amount of $118,136 presently restrained by Garnishee Bank of America, N.A., and further described on Exhibit A hereto; and

2. An electronic funds transfer in the amount of $49,300 presently restrained by Garnishee JP Morgan Chase and further described on Exhibit B hereto.

129053.00601/6630548v.1

It is further STIPULATED, AGREED, AND ORDERED that Intervenor Swift Air shall serve counsel for the Garnishee banks described above by email with an image of this Stipulation, "so ordered" by the Court, and that the Garnishee banks shall promptly release the Two EFT's in accordance with the instructions contained in each EFT.

It is further STIPULATED, AGREED AND ORDERED that the Court's Order of Attachment of February 5, 2008 ("Attachment Order"), pursuant to which the Two EFT's are presently restrained, otherwise remains in full force and effect with respect to any other EFT's which are or may become subject to the Attachment Order and that this Stipulation and Order is without prejudice to any and all rights, defenses, and contentions whatsoever that the parties and Intervenor Swift Air LLC may have with respect to the attachment of the Two EFT's and to the attachment of any electronic funds transfers in the future under the Attachment Order.

Dated: New York, NY
April 9, 2008

BLANK ROME, LLP
Attorneys for Plaintiff
Mansel Oil Limited

By _____
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Attorneys for Defendant
Swift Aviation Group, Inc.

By _____
Julie Bédard
Four Times Square
New York, NY 10036

McDermott & Radzik, LLP
Attorneys for Intervenor Swift Air LLC

By _____
Edward C. Radzik
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801

SO ORDERED: APR 1 4 2008

_____
U.S.D.J.
**HON. GEORGE B. DANIELS**

129053.00601/6630548v.1                    2