SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
*Attorneys for Defendant*
Four Times Square
New York, NY  10036-6522


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MANSEL OIL LIMITED,

                                :        **ECF case**

                Plaintiff,

                                :        08 Civ. 1086 (GBD)

   - against -

                                :        **Electronically Filed**

SWIFT AVIATION GROUP, INC.,

                                :

                Defendants.        **NOTICE OF**
                                        **CROSS-MOTION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


S I R S:

      **PLEASE TAKE NOTICE** that pursuant to Sections 3 and 8 of the Federal

Arbitration Act ("FAA"), 9 U.S.C. § 3, 8, and upon the accompanying Declaration of Jeff

A. Shumway, Declaration of John L. Gardiner and Memorandum of Law on behalf of

Swift Aviation Group, Inc. ("Swift Aviation Group") in Support of Cross-Motion to Stay

Claims in Favor of Arbitration, the undersigned will move before the Honorable George

B. Daniels, United States District Judge, in Courtroom 15D at the United States District

Courthouse for the Southern District of New York, 500 Pearl Street, New York, New

York  10007 for an Order Staying the Plaintiff's Claims in Favor of Arbitration, and for

such other and further relief as this Court deems just and proper.

Dated: New York, New York
     April 21, 2008

BY: _____

    John L. Gardiner
    Julie Bédard
    SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
    Four Times Square
    New York, New York 10036
    (212) 735-3000
    John.Gardiner@skadden.com
    Julie.Bedard@skadden.com

    *Attorneys for Defendant*


TO: BLANK ROME LLP
    *Attorneys for Plaintiff*
    The Chrysler Building
    405 Lexington Avenue
    New York, NY  10174-0208
    **Attention**:    LeRoy Lambert, Esq.


TO: McDERMOTT & RADZIK, LLP
    *Attorneys for Intervenor, Swift Air, LLC*
    Wall Street Plaza
    88 Pine Street- 21st Floor
    New York, New York 10005-1801
    (212) 376-6400
    **Attention:**    Edward C. Radzik, Esq.