**BLANK ROME** LLP
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY-1-2 2008

Phone: 212-885-5148
Fax: 917-332-3840
Email: llambert@blankrome.com

**SO ORDERED**

May 9, 2008

*[signature]*

**HON. GEORGE B. DANIELS**
MAY 1 2 2008

By Fax (212) 805-6737

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

        Re:  Mansel Oil Limited v. Swift Aviation Group, Inc.
              08 CV 1086 (GBD)
              Our Ref.: 129053-00601

Dear Judge Daniels:

       We represent Plaintiff Mansel Oil Limited.

       On April 4, Plaintiff moved for leave to file an amended complaint and associated relief regarding a "Rule B" attachment ("Motion"). On April 21, Defendant served its papers in opposition to the Motion and made a cross-motion to stay the action pending the outcome of an arbitration in London between Plaintiff and Defendant ("Cross-Motion").

       Earlier this week, the Court set June 17 as the date for oral argument. We write with the consent of Defendant Swift Aviation Group, Inc. to confirm the parties agreement to a further modification to the existing briefing schedule of the Motion and Cross-Motion:

       1.  Plaintiff's reply papers in support of the Motion and its papers in opposition to the Cross-Motion be submitted on or before May 20 (presently May 13).

       2.  Defendant's reply papers in support of the Cross-Motion be submitted on or before June 5 (presently May 29).

       3.  That oral argument be heard as presently scheduled at 10:00 a.m. on June 17, 2008.

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

129053.00601/6638052v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



We are of course at the Court's disposal to respond to any questions in person or by telephone and thank the Court in advance for its consideration.

Respectfully submitted,

LeRoy Lambert

LRL/mg

cc: **By Email**
Skadden, Arps, Slate, Meagher & Flom LLP
Attention: Julie Bédard (julie.bedard@skadden.com)

129053.00601/6638052v.1                    2