```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 3 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MANSEL OIL LIMITED,

        Plaintiff,

  -against-

SWIFT AVIATION GROUP, INC.,

        Defendant.
------------------------------------x

08 CV 1086 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Plaintiff's motion for leave to file an amended complaint is DENIED.

    Defendant's cross-motion to stay the proceedings is DENIED.

    Plaintiff's April 4, 2008 letter application requesting reconsideration of this Court's order vacating the attachment of funds of Intervenor Swift Air, LLC, is DENIED.

Dated: June 12, 2008
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge